Company Name: Coastal Construction Group LLC

## Profit and Loss Statement

For the Month April Ended May 24 and ~~March~~

| Time Period | | |
|---|---|---|

| Revenues | | |
|---|---|---|
| Revenue from Primary Activites | 345,000 | |
| (Less Returns and Allowances) | | |
| Total Revenue | 345,000 | |

| Costs | | |
|---|---|---|
| Cost of Revenue | 357,000 | |

| GROSS PROFIT | −12,000 | |
|---|---|---|

| Operating Expenses | | |
|---|---|---|
| General and Administrative | 3000 | |
| Insurance | 1,650 | |
| Non Recurring | | |
| Payroll Taxes | | |
| Rent | 3950 | |
| Research and Development | | |
| Salaries and Wages | 6000 x 4 | |
| Sales and Marketing | 1500 | |
| Utilities | 1500 | |
| Other | 4000 | |
| Total Operating Expenses | | |

| OPERATING INCOME | 39,550 | |
|---|---|---|

| Non-Operating or Other | 0 | |
|---|---|---|
| Interest Revenue | | |
| (Interest Expense) | | |
| Gain/(Loss) on Sale of Assets | | |
| Gain/(Loss) from Legal Action | | |
| (Depreciation and Amortization) | | |
| Other Gain | | |
| (Other Loss) | | |
| Total Non-Operating or Other | | |

| Discontinued Operations | | |
|---|---|---|
| Gain/(Loss) | | |

| Extraordinary Items | | |
|---|---|---|
| Gain/(Loss) | | |

| PRE-TAX INCOME | | |
|---|---|---|

| Taxes | | |
|---|---|---|
| Income Tax Expense | | |

| NET INCOME | −12,000 | |
|---|---|---|