UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Creditor Stan Rajauski

In Re:
Coastal Construction Group, LLC

Case No.: 24-15203
Chapter: 11
Judge: Kaplan

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Stan Rajauski_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Stan Rajauski
17 Thomas Eakins Way
Marlton, NJ 08053

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: July 18, 2024

/s/ Michael I. Assad
Signature

*new.8/1/15*