| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Cibik Law, P.C.<br>By: Michael I. Assad (#338972023)<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>help@cibiklaw.com<br>*Attorney for Movant Stan Rajauski* | |
| In re:<br><br>Costal Construction Group, LLC,<br><br>*Debtor*. | Case No.: 24-15203<br><br>Chapter: 11<br><br>Judge: Kaplan |

## Notice of Motion for Relief from the Automatic Stay

To: Coastal Construction Group, LLC
235 Hickory Lane, Unit B
Bayville, NJ 08721

**PLEASE TAKE NOTICE** that on **August 15, 2024, at 10:00 a.m.**, or as soon as the matter may be heard, the undersigned attorney for Stan Rajauski ("Movant"), will move before Chief U.S. Bankruptcy Judge Michael B. Kaplan at U.S. Bankruptcy Court, Courtroom No. 8, 402 East State Street, Trenton, NJ 08608, for an order granting relief from the automatic stay.

Date: July 19, 2024

CIBIK LAW, P.C.

By: /s/ Michael I. Assad
Michael I. Assad