# EXHIBIT A





235 Hickory Lane Unit B
Bayville, NJ 08723
(973) 248-2482
info@coastalconstructiongroupnj.com
NJ Builders License # 051125
HIC #13VH10890200
Builder/Developers

November 16, 2023
8104 Bayview Drive (UPDATE)
Lower Township, NJ
(Preliminary Proposal)

## Scope of Work

1. **Architectural:**
   -All Architectural drawings will be the responsibility of C.C.G and paid for by C.C.G.
2. **Engineering/Surveying:**
   -All engineering site plans are the responsibility of homeowner and will be paid by homeowner. C.C.G will manage all engineering.
3. **Permits and Fees:**
   -CCG. will be responsible for the acquisition of all local and state permits needed for the build. The costs of all permits will be paid by Homeowner.
4. **Site Work/Demolition:**
   - C.C.G Will handle all utility disconnections at property. (If needed)
   -C.C.G. Will grade lot for instillation of pilings and foundation.
   -All curb cuts outside existing will be responsibility of homeowner.
5. **Utilities:**
   -Utility connections will be handled by CCG. and fees will be paid by the Homeowner including water, sewer, cable, and electric. (This will be for the Account set up and connection only C.C.G will run to house from street).
   -CCG. will supply a temp. electric pole for the duration of the build.
6. **Pilings/Foundation:**
   -All pilings will be driven to engineering specifications and according to architects' plans.
   -Concrete garage floor slab will be poured according to approved plans.
7. **Structure:**
   -Framing will be done according to approved plans.
   -Roof and wall sheathing will be according to approved plans.
   -All metal strapping will be done according to local codes and approved plans.
8. **Roofing:**
   -Roof will be a 30-year timberline HD shingle or comparable, with ice and water shield in all eaves and valleys. (Choice of standard color). All metal roofing will be priced accordingly after approved design.

9. Windows/Doors (exterior)
   - Windows will be sized by Architect and will be Anderson 400 series or comparable.
   - Sliding doors and French wood doors will be Anderson 400 series or comparable.
10. Siding:
    - Siding will be Certainteed Cedar Impressions on front of house and Certainteed Mainstreet D-4 or D-5 on side and rear walls with color to match.
    - House will be wrapped with Blue-Skin vapor barrier.
    - All windows and doors will be vykor taped for weather barrier.
    - All soffits will be beaded vinyl and all fascia will be PVC coated metal.
11. HVAC:
    - System being used will be an Arcoaire or comparable unit specified by HVAC contractor according to Architectural plans and contractors' calculations.
12. Rough Plumbing:
    - All rough Water, Waste and Gas lines will be run according to architects plans and Plumbing contractors' diagrams.
    - Water lines will be Pex with like fittings.
    - Waste lines will be PVC or ABS and installed according to local codes.
    - Hot water will be from a tankless on demand water heater.
13. Rough electrical:
    - All electric will be wired according to Architects specs and approved plans. (All add-ons and changes will be additional charge)
14. Insulation:
    - Insulation will be installed per Approved plans and to new energy codes.
    - Will upgrade to full house interior wall sound deadening insulation.
15. Drywall:
    - Drywall will be installed per approved plans with a level 3 finish (3 coats spackle and sanded ready for paint)
    - Garage area will be sheet rocked on ceiling only. Walls will be additional charge and material will be specified by architect.
16. Decks/Exterior Stairs:
    - All decks will be framed as per approved plans and architects' specs.
    - Where decking is specified, the decking will be a Trex Enhance or Wolf Perspective.
    - All fiberglass decks will be built per architect's specs and homeowner will have choice of standard Gel-Coat color.
    - Stairs will be Trex Enhance or Wolf Perspective.
    - All railings will be white vinyl with new England style caps and bases.
17. Exterior trim:
    - All columns will be wrapped in PVC trim board unless otherwise specified by architect.
    - All other specified trim will be low maintenance vinyl. Or as specified in plans.
    - All windows will be trimmed in 3-1/2" PVC trim boards.
18. Flooring (Hardwood/Carpet):
    - All Flooring will be 20 mil. Luxury Vinyl Tile on all surfaces including laundry. (Picked from builder's standard colors)

#2 of 7

19. <u>Ceramic Tile:</u>
    - All bathrooms with tiled showers will have custom fiberglass shower pans ready for tiling.
    - All bathroom and kitchen tile will have an allowance of $6.00 per SqFt for material.
    - All shower walls will have an allowance of $6.00 per square ft. for material.
    - C.C.G will include all standard tile installation.

20. <u>Cabinets and Vanities:</u>
    - Kitchen cabinets will be chosen from builders standard selection. All cabinets and vanities are full plywood construction with soft close doors and drawers.
    - Bathroom vanities will match kitchen unless purchased by homeowner. We will include all installation. (Builders Standard Cabinets)
    - We will offer an allowance of $15,000 for all cabinets and vanities if purchased thru 3rd party.

21. <u>Kitchen and Vanity counter tops:</u>
    - All solid surface tops will have an allowance of $65.00 per sq ft. Install and standard white sink on all bathroom tops is included. Standard 10" stainless undermount sink included for kitchen.

22. <u>Interior Doors/Trim:</u>
    - All interior doors will be manufactured by Masonite hollow core door will be included. (Any other door will be priced accordingly, and balance paid by homeowner).
    - Door and window casing will be a 3" Colonial casing with sills on windows.
    - Base molding will be a 5-1/2" Colonial base with shoe molding throughout house where hardwood floors are.
    - All crown molding will be additional cost for material and labor. T.B.D.

23. <u>Painting:</u>
    - All walls will be primed with one coat of flat white.
    - Walls will be painted with two additional coats of Flat enamel or Satin with color chosen by homeowners.
    - All ceilings will be painted with two coats of flat white ceiling paint throughout house.
    - All closets will be painted with two coats of flat white throughout house.
    - All trim will be painted with Semi-Gloss white.

24. <u>Plumbing Finishes:</u>
    - All plumbing fixtures and trim kits will be builder choice unless provided by homeowner. We use all moen posi-temp faucets and shower fixtures. No credit will be issued for builder fixture if homeowners chooses there own fixtures.
    - Toilets will be white elongated toilets and all be comfort height.

25. <u>Electrical Finishes:</u>
    - All Electrical finishes and fixtures will be builder choice. Any fixture purchased by homeowner will be installed by C.C.G and no credit for builder fixture will be given
    - High hats installed per plans. Additional HH will be charged accordingly.

26. <u>Stairs and Railings:</u>
    - All interior stairs will be Primed poplar risers with Red Oak treads finished to color of floors.
    - All rails will be standard white balusters with Oak rail.

27. <u>Door Hardware and Misc. Hardware:</u>
    - Door hardware will be Kwikset oil rubbed bronze, Matte black or satin nickel. (Halifax style)
    - All cabinet hardware will have an allowance of $3.00 per knob or pull.
    - All bath hardware (Towel bars, Toilet per holders and Towel rings) will be purchased by homeowner and installed by CCG.
28. <u>Landscaping/Hardscaping:</u>
    - CCG. will Include all landscaping per approved site plan.
29. <u>Driveway:</u>
    - Driveway will be determined from speaking with developer as to what the responsibility share is.
30. <u>Garage and doors:</u>
    - Garage doors will be insulated white 9x7 with windows. Standard Opener will be Included as well.
    - Garage will be finished with siding to match with Azek trim
30. <u>Miscellaneous:</u>
    - All misc. Items will be discussed with Homeowners and CCG. and will be priced accordingly.
31. <u>Appliances:</u> All appliances will be purchased by homeowner and installed by vendor.

****** Additional items discussed for pricing:

- Extend roof on top floor to outside of deck line. To include all framing, electrical, roofing, siding and finish trim. This price will also include architectural work needed for upgrade.         Total upgrade cost:         $17,900.00
- Install full property irrigation including lawn and planter areas.
                                                                Total upgrade cost:         INCLUDED

## Right of Rescission Government Mandated Cancellation Statement:

YOU MAY CANCEL THIS CONTRACT AT ANY TIME BEFORE MIDNIGHT OF THE THIRD BUSINESS DAY AFTER RECEIVING A COPY OF THIS CONTRACT (unless work has begun). IF YOU WISH TO CANCEL THIS CONTRACT, YOU MUST EITHER: SEND A SIGNED AND DATED WRITTEN NOTICE OF CANCELLATION BY REGISTERED OR CERTIFIED MAIL; RETURN RECEIPT REQUESTED TO: Coastal Construction Group LLC 235 Hickory Lane Unit B Bayville, NJ 08721

The contractor and his sub-contractors will have access to the job site from 7:00 am through 7:00 pm Monday through Friday and Saturdays upon approval.

Contractor warranties labor for a period of one year and follows manufacturer's warranty on installed materials. Customer is required to maintain materials installed pursuant to the manufacturer requirements, failure to do so may result in a prorated warranty or may void warranty.

Project will be completed within approximately 9 months after start date. Coastal Construction Group LLC will not be held responsible for any weather delays, acts of God or

5 of 7

delays that are out of our control. Any delays that arise during the course of work will be discussed with the homeowner immediately.

By signing this contract the parties agree to the scope of the work for the compensation as outlined herein, any changes/alterations or extras must be agreed to in writing by the parties and paid for in full prior to commencement of work on any changes or alterations. Any extras that may arise out of this contract will be discussed with Dean V Rado with Coastal Construction Group LLC. It is understood that no other party employed by Coastal Construction Group LLC can bind or negotiate pricing on behalf of the company. It is also understood that the customer will not solicit extra work from the employees, sub-contractors or vendors of Coastal Construction Group LLC in conjunction with the execution of this contract and with regard to any future construction/home improvement contracts in the future that may require the service of the employees Coastal Construction Group LLC. Contractor is not responsible for delays due to special orders, weather, or sub-contractors. Contractor does not agree to any penalties for delay in completion

of this contract and any change in orders that may arise. Contractor will be given the ability to cure and resolve any and all disputes between the parties and will not be responsible for any legal fees incurred by the customer due to any disagreement that may arise from this contract. All payments and draws will be paid promptly by the customer in order to keep the contract moving forward during the execution of the contract, should there be a delay due to non-payment the contractor reserves the right to back charge customer for any expenses incurred to shut down and re-start the project. Customer is responsible for all progress payments on scheduled time regardless of bank funding or customers lender schedule If final payment is not made pursuant to the contract, all warranties are null and void.

## Phases of Construction:

### PHASE ONE:
- Meet with homeowner to review wants and needs list.
- Meet with architect to Continue design process.
- Obtain demo permit and complete Demo ready for build
- Obtain all surveying and engineering required for the construction of new home.
- Work with Zoning department to Obtain all approvals and resolve any issues with setbacks.
- Submit new house plans and permit package to town for final construction approvals.
- Work with homeowner and subcontractors to complete build on new home.
- Obtain all final building approvals and C/O.

****Homeowner is responsible for ALL costs and fees for architect, local and state permits and any utility company expense. Also Any tax assessment fees charged by municipality over and above what is covered in above scope.

#5 of 7

\*\*\* This contract price for the new home to be built is based on conversations and meetings with both parties and the architect that C.C.G has hired. This price will be honored as discussed according to plans labeled "McNally House" as drawn with minor changes. ANY additional items or square footage added and not in scope or part of our standard finishes will be billed accordingly.

Coastal Construction Group LLC. Contract Exclusions (Items NOT Included in original Contract).

\*\*\*\*\*\*\* ANY ITEM NOT SPECIFIED IN ABOVE SCOPE AND ANY ADDENDUM WILL BE BILLED THRU APPROVED CHANGE ORDER AND PAID-UP FRONT. \*\*\*\*\*\*\*\*

## Summary of Project:

| | |
|---|---|
| \*Project Name: | Stan Rajauski Residence |
| \*Project Address: | 8104 Bayview Drive Wildwood Crest, NJ |
| \*Type of Estimate: | Formal Bid Suitable for Contract |
| \*Land Acquisition cost: | Total cost  N/A |
| \*New Construction Estimated Cost: | Total cost  $720,00.00 |
| \*All site drainage if done with 8102: | Total cost  $42,000.00 |
| \*Additional cost of Elevator if wanted: | Total cost  (Included) |
| \*Additional cost for side garage & Den | Total cost  $67,600.00 |
| \*Total Cost of project: | Total cost  $829,600.00 |
| \*Assumed Project Start Date: | January 15, 2023 |
| \*Estimated Project Completion Date: | September 15, 2024 |

\*\*\*Homeowners agree to pay contractor a total of $829,000.00 Payments are to be made to Coastal Construction Group LLC. The amount of Eight Hundred Twenty Nine Thousand Six Hundred and Zero Cents shall be paid according to the Progress payments laid out in the cost summary above. C/O will be issued upon 100% payment made to Coastal Construction Group LLC and must be made with Certified funds.

PHASE ONE:
    $82,960.00   Due upon signing of contract and beginning of phase one.
PHASE TWO:
    $162,920.00   Due upon all permits approved and ready to build.
    $162,920.00   Due upon all Framing, Roofing, Windows, and Sheathing inspection.
    $162,920.00   Due upon all mechanicals complete and ready for sheetrock.
    $162,920.00   Due upon all trim and floors ready for paint.
    $82,960.00    Due upon completion of contract.
    $12,000.00    Due upon final punch list completion and issuance of C/O

C/O will be issued upon 100% payment made to Coastal Construction Group LLC and must be made with Certified funds.

Phase two will be priced according to architects' plans that are submitted to town. All upgrades and changes will be billed accordingly and require a signed change order with 100% due upon signing of the change order and balance owed upon completion of change order.

CCG will supply a 10-year state warranty. During the first year of a new home's warranty, warranty coverage extends to defective systems, workmanship, materials, plumbing, electrical and mechanical systems, appliances, fixtures, and equipment, and major structural defects. From the commencement date of the warranty up to two (2) years from that date, the mechanical, electrical, and plumbing systems and major structural defects are covered. The builder is responsible for warranty coverage during the first two years. During the third through tenth years of coverage, only major structural defects are covered. Homeowner is responsible to carry a builder's risk insurance policy and Name Coastal Construction Group LLC. As additionally insured.

Stan Rajauski
Signature: _____
Date: 11.14.2023

Coastal Construction Group LLC
Signature: _____
Printed Name and Title: Dean V Rado
Date: 11/16/2023



COASTAL
CONSTRUCTION GROUP LLC
— BUILDERS-DEVELOPERS —