**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Cibik Law, P.C.
By: Michael I. Assad (#338972023)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com
*Attorney for Movant Stan Rajauski*

| In re: | Case No.: 24-15203 |
|---|---|
| Costal Construction Group, LLC, | Chapter:  11 |
| *Debtor*. | Judge:    Kaplan |

### Certification of Counsel in Support of
### Motion for Relief from the Automatic Stay

I, Michael I. Assad, being of full age, being duly sworn according to law, upon his oath deposes and says:

1. I am an attorney at law of the State of New Jersey.

2. I represent Stan Rajauski, a creditor in the above bankruptcy case.

3. The Debtor filed this case under chapter 11 on May 22, 2024.

4. On November 16, 2023, the Debtor and Mr. Rajauski signed a contract in which the Debtor agreed to build a home at 8104 Bayview Drive in Lower Township, New Jersey in consideration of payments by Mr. Rajauski.

5. The contract is attached as Exhibit A.

6. Mr. Rajauski paid the Debtor as follows: $82,960.00 on November 16, 2023, $81,460.00 on February 24, 2024, and $81,460.00 on April 19, 2024.

7. As of this date, the Debtor has not begun constructing the home, which constitutes a material breach of contract.

Date: July 19, 2024

_____
Michael I. Assad