|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Cibik Law, P.C.<br>By: Michael I. Assad (#338972023)<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>help@cibiklaw.com<br>*Attorney for Movant Stan Rajauski* | |
| In re:<br><br>Costal Construction Group, LLC,<br><br>*Debtor*. | Case No.: 24-15203<br><br>Chapter:  11<br><br>Judge:  Kaplan |

## Statement About Why No Brief is Necessary

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in consideration of this motion because it does not involve complex issues of law.

Date: July 19, 2024                                CIBIK LAW, P.C.

                                                            By: /s/ Michael I. Assad
                                                                 Michael I. Assad