UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
By: Michael I. Assad (#338972023) 1500 Walnut Street, Suite 900 Philadelphia, PA 19102 215-735-1060
help@cibiklaw.com
Attorney for Movant Stan Rajauski

In Re:

Costal Construction Group, LLC, Debtor.

Case No.: 24-15203

Chapter: 11

Adv. No.: _____

Hearing Date: 08/15/2024

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, __Michael I. Assad__ :

    ☒ represent __Stan Rajauski__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 19, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Motion for Relief from Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 07/19/2024                             /s/ Michael I. Assad
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Coastal Construction Group, LLC<br>235 Hickory Lane, Unit B<br>Bayville, NJ 08721 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Straffi & Straffi, LLC | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Margaret Mcgee | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |