UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
By: Edward Jacob Gruber (#464712024)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Attorney for Creditor Stan Rajauski

In Re:

Coastal Construction Group, LLC, Debtor.

Case No.: 24-15203

Chapter: 11

Judge: Kaplan

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that  Edward Jacob Gruber  will be substituted as attorney of record for  Stan Rajauski , a creditor  in this case. [1]

Date: August 14, 2024

s/ Michael I. Assad
Signature of Former Attorney

Date: August 14, 2024

s/ Edward Jacob Gruber
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.