THE LAW OFFICE OF MICHAEL A. ALFIERI
30 FRENEAU AVENUE
MATAWAN, NEW JERSEY 07747
732-360-9266
ATTORNEY FOR SECURED CREDITOR, AVB INVESTMENT, LLC
MICHAEL A. ALFIERI, APPEARING M.A.-4945
-----------------------------------------------------------

| | |
|---|---|
| IN THE MATTER OF | : UNITED STATES BANKRUPTCY COURT |
| | : DISTRICT OF NEW JERSEY |
| Coastal Construction | : CHAPTER 11 |
| Group, LLC | : CASE NO. 24-15203 |
| | : NOTICE OF MOTION FOR RELIEF |
| DEBTOR(S) | : FROM THE AUTOMATIC STAY |
| | : PURSUANT TO 11 U.S. C 362(d) |
| | : HEARING DATE: SEPTEMBER 12, 2024 |

Coastal Construction Group, LLC
235 Hickory Lane, Unit B
Bayville, NJ 08721

Daniel E. Straffi, Esq.
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Margaret Mcgee, DOJ-Ust
One Newark Center
1085 Raymond Blvd.
Ste 21st Floor
Newark, NJ 07102

PLEASE TAKE NOTICE that on September 12, 2024, at 10:00 A.M. or soon thereafter as counsel may be heard, the undersigned attorney for the Secured Creditor, AVB INVESTMENT, LLC will apply to the Honorable Judge then presiding of the

United States Bankruptcy Court, Trenton NJ for, an Order Lifting the Automatic Stay and allowing the plaintiff to proceed with a foreclosure action on the mortgaged properties located at **(1) Boxwood Drive, Forked River, NJ 08731 also known as Lot 5,6 &7, Block 354; and (2) Boxwood Drive, Forked River, NJ 08731 also known as Lot 18.01, 19, 20 & 21, Block 353.**

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 3(p), the secured creditor's counsel shall appear for oral argument.

DATE: August 16, 2024                    S/MICHAEL A. ALFIERI
                                         Attorney for Creditor