THE LAW OFFICE OF MICHAEL A. ALFIERI
30 FRENEAU AVENUE
MATAWAN, NEW JERSEY 07747
732-360-9266
ATTORNEY FOR SECURED CREDITOR, AVB INVESTMENT, LLC
MICHAEL A. ALFIERI, APPEARING M.A.-4945
-----------------------------------------------------------

| | |
|---|---|
| IN THE MATTER OF | : UNITED STATES BANKRUPTCY COURT |
| | : DISTRICT OF NEW JERSEY |
| Coastal Construction | : CHAPTER 11 |
| Group, LLC | : CASE NO. 24-15203 |
| | : |
| | : STATEMENT OF NON-NECESSITY |
| Debtors, | : OF BRIEF PURSUANT TO LOCAL |
| | : RULE 3(c) |
| | : HEARING DATE: SEPTEMBER 12, 2024 |

-----------------------------------------------------------

I, MICHAEL A. ALFIERI, hereby certifies as follows:

1. I am the attorney at law in the State of New Jersey, and counsel for movant and Secured Creditor herein, AVB INVESTMENT, LLC.

2. This motion is to allow the Secured Creditor to continue a foreclosure action in the State Court as all action has been stayed due to the bankruptcy that has been filed by debtors.

3. The relief requested is discretionary and, therefore, briefs would be minimal use in this matter.

4. In view of the above, no brief is necessary in this action as provided by Local Rule 3(c).

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATE: August 16, 2024          S/MICHAEL A. ALFIERI
                                         Attorney for Creditor