| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>The Law Office of Michael A. Alfieri, Esq.<br>NJ ID: 005021989<br>30 Freneau Avenue<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, AVB Investment, LLC<br>M.A. - 4945 |

| In Re: | Case No.: 24-15203-MBK |
|---|---|
| | Chapter: 11 |
| Coastal Construction Group, LLC, Debtor | Hearing Date: 9/12/2024 |
| | Judge: MBK |

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### ( NOTE AND MORTGAGE DATED 10/31/2022 )

_____Arlene Lieberman_____, employed as _____Portfolio Manager_____ by _____AVB Investment, LLC_____, hereby certifies the following:

Recorded on __11/14/2022__, in __Ocean__ County, in Book __19223__ at Page __644__

Property Address: Boxwood Drive, Forked River, (Township of Lacey) NJ 08731 - Block 354 Lot: 5,6+7

Mortgage Holder: AVB Investment, LLC

Mortgagor(s)/ Debtor(s): Coastal Construction Group, LLC

POST-PETITION PAYMENTS (Petition filed on __5/22/2024__ )

| | Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|---|
| 1. | $ 794.02 | 6/1/2024 | 6/2024 | $ 0.00 | | |
| 2. | $ 768.41 | 7/1/2024 | 7/2024 | $ 0.00 | | |
| 3. | $ 756.21 | 8/1/2024 | 8/2024 | $ 0.00 | | |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| TOTAL: $ 2,318.64 | | | $ 0.00 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: ___3___ mos. x $ 1 x 794.02
1 x 768.41
1 x 756.21

(Monthly payment + late charge) = $ 2,318.64 as of 8/1/2024.

Each current monthly payment is comprised of:

   Principal        $ _____
   Interest         $    756.21
   R.E. Taxes:      $ _____
   Insurance:       $ _____
   Late Charge:     $     37.81
   Other:           $ _____  (Specify:_____)
   TOTAL            $    794.02

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears: ___3/1/2024___ to ___5/1/2024___ ( _3_ mos. x $ _____/mo = $ 2,305.72 )

I certify under penalty of perjury that the above is true.

Date: 8/14/2024

Signature

rev.8/1/15

2