| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Michael A. Alfieri, Esq.
NJ ID: 005021989
30 Freneau Avenue
Matawan, NJ 07747
Attorney for Secured Creditor, AVB Investment, LLC
M.A. - 4945

In Re:

Coastal Construction Group, LLC, Debtor

Case No.: __24-15203-MBK__

Chapter: __11__

Hearing Date: __9/12/2024__

Judge: __MBK__

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### ( NOTE AND MORTGAGE DATED _____4/18/2023_____ )

_____Arlene Lieberman_____, employed as _____Portfolio Manager_____ by _____AVB Investment, LLC_____, hereby certifies the following:

Recorded on ____4/20/2023____, in ____Ocean____ County, in Book ____19356____ at Page ____926____

Property Address: Boxwood Drive, Forked River, (Township of Lacey) NJ 08731 - Block 353, Lot 18.01, 19, 20 + 21

Mortgage Holder: AVB Investment, LLC

Mortgagor(s)/ Debtor(s): Coastal Construction Group, LLC

POST-PETITION PAYMENTS (Petition filed on _____5/22/2024_____)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
| --- | --- | --- | --- | --- | --- |
| 1. $ 750.00 | 6/1/2024 | | $ 0.00 | | |
| 2. $ 750.00 | 7/1/2024 | | $ 0.00 | | |
| 3. $ 750.00 | 8/1/2024 | | $ 0.00 | | |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| TOTAL: $ 2,250.00 | | | $ 0.00 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: ___3___ mos. x $ ~~2x $ 787.50~~ ~~1x $ 750.00~~
(Monthly payment + late charge) = $ __2,325.00__ as of __8/1/2024__ .

Each current monthly payment is comprised of:

    Principal         $ _____
    Interest           $ __750.00__
    R.E. Taxes:      $ _____
    Insurance:       $ _____
    Late Charge:    $ __37.50__
    Other:            $ _____  (Specify:_____)
    TOTAL           $ __787.50__

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears: __3/1/2024__ to __5/1/2024__ ( __3__ mos. x $ __787.50__ /mo. = $ __2,362.50__ )

I certify under penalty of perjury that the above is true.

Date: __8/16/2024__

                                                                          Signature

*rev.8/1/15*