| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, AVB Investment LLC<br>M.A. - 4945 | Case No.: | 24-15203 |
| | Chapter: | 11 |
| In Re:<br><br>Coastal Construction Group, LLC | Adv. No.: | |
| | Hearing Date: | 9/12/2024 |
| | Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, _____Violeta Dumani_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ___Michael A. Alfieri, Esq.___, who represents ___AVB Investment LLC___ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ___8/16/2024___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/16/2024                                         Signature: [signed]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Coastal Construction Group, LLC<br>235 Hickory Lane, Unit B<br>Bayville, NJ 08721 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel E. Straffi, Esq.<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Margaret Mcgee<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Blvd.<br>Ste 21st Floor<br>Newark, NJ 07102 | Behalf of U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |