| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Cibik Law, P.C.<br>By: Michael I. Assad (#338972023)<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>help@cibiklaw.com<br>*Attorney for Movant Stan Rajauski* | **Order Filed on August 16, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Costal Construction Group, LLC,<br><br>*Debtor*. | Case No.: 24-15203<br><br>Chapter: 11<br><br>Judge: Kaplan |

## Order Granting Motion for Relief from Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2024**

*(signature)*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

    Upon consideration of the motion for relief from the automatic stay filed by Stan Rajauski ("Movant"), and for cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby terminated with respect to the Movant, his successors, and assigns.

3. The Movant is hereby authorized to proceed with a lawsuit for breach of contract against the Debtor in the appropriate state or federal court.

4. The provisions of Bankruptcy Rule 4001(a)(3) are waived, and this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.