UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of Michael A. Alfieri, Esq.
NJ ID: 005021989
30 Freneau Avenue
Matawan, NJ 07747
Attorney for Secured Creditor, AVB Investment, LLC
M.A. - 4945

Order Filed on September 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Coastal Construction Group, LLC
235 Hickory Lane, Unit B
Bayville, NJ 08721

| | |
|---|---|
| Case No.: | 24-15203-MBK |
| Hearing Date: | 9/12/2024 |
| Judge: | MBK |
| Chapter: | 11 |

| Recommended Local Form | [X] Followed | [ ] Modified |
|---|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>AVB Investment, LLC</u>                                         , under

Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to

institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate

jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

(1) Boxwood Drive, Forked River, NJ 08731 also known as Lot 5,6 &7,
Block 354;  and (2) Boxwood Drive, Forked River, NJ 08731 also known as
Lot 18.01, 19, 20 & 21, Block 353

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the

property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate

with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-

bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further

distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 11/14/2023*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15203-MBK |
| Coastal Construction Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 13, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | on behalf of Debtor Coastal Construction Group  LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Edward Jacob Gruber | on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| George E Veitengruber, III | on behalf of Creditor 245 Hickory Lane  LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Alfieri | on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 13, 2024                          Form ID: pdf903                          Total Noticed: 1

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6