UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Andrew R. Vara, U.S. Trustee, Regions 3 & 9
Lauren E. Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Phone: (973) 645-3014
Email: Lauren.Bielskie@usdoj.gov

In Re:

    Coastal Construction Group, LLC,

Debtor.

Case No.: 24-15203

Chapter: 11

Judge: Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __the United States Trustee__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Lauren Bielskie, Esq.
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 9/26/24

/s/ Lauren Bielskie
Signature

*new.8/1/15*