George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Creditor 245 Hickory Lane LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN THE MATTER OF | Chapter 11 Proceedings |
| Coastal Construction Group, LLC | Case No. 24-15203 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: November 7, 2024 |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S. C 362 (d)**

To:   Coastal Construction Group, LLC
      235 Hickory Lane, Unit B
      Bayville, NJ 08721

      Daniel E. Straffi, Esq.
      Straffi and Straffi, LLC
      670 Commons Way
      Tom's River, NJ 08755

      U.S. Trustee
      US Department of Justice
      Office of the US Trustee
      One Newark Center Ste 2100
      Newark, NJ 07102

      Margaret Mcgee, DOJ-Ust
      One Newark Center
      1085 Raymond Blvd.
      Ste 21st Floor
      Newark, NJ 07102

PLEASE TAKE NOTICE that on October 31, 2024, 2024 at 10 a.m., or as soon thereafter

as counsel may be heard, the undersigned attorney for the Debtor, Coastal Construction Group,

LLC, will move before the United States Bankruptcy Court, United States Courthouse, 402 East

State Street Trenton, New Jersey for an Order Lifting the Automatic Stay and allowing the Plaintiff to proceed with an eviction process action on the property located at 245 Hickory Lane, P.O. Box 197, Bayville, NJ 08721.

PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be in writing and filed with the Clerk of the Court, with a copy served upon Movant's counsel, whose name and address are set forth above, within the time required by the rules governing the Court.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 3(p), the secured creditor's counsel shall appear for oral argument.

Dated: October 11, 2024						By: /s/ George E. Veitengruber, III
							George E. Veitengruber, III, Esq.
							SBN# 015532003
							Veitengruber Law LLC
							1720 Route 34, Suite 10
							Wall, NJ 07727
							bankruptcy@veitengruberlaw.com