George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Creditor 245 Hickory Lane LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF | Chapter 11 Proceedings |
| Coastal Construction Group, LLC | Case No. 24-15203 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: November 7, 2024 |

I, George E. Veitengruber, III, hereby certify as follows:

1. I am the attorney at law in the state of New Jersey, and counsel for movant and Secured Creditor herein, 245 Hickory Lane LLC.

2. This motion is to allow the Secured Creditor to continue an eviction action in the State Court as all action has been stayed due to the bankruptcy that has been filed by debtors.

3. The relief requested is discretionary and, therefore, briefs would be of minimal use in this matter.

4. In view of the above, no brief is necessary in this action as provided by Local Rule 3(c).

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are false, I am subject to punishment.

Dated: October 11, 2024

By: /s/ George E. Veitengruber, III
George E. Veitengruber, III, Esq.
SBN# 015532003
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
bankruptcy@veitengruberlaw.com