George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Creditor 245 Hickory Lane LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF | Chapter 11 Proceedings |
| Coastal Construction Group, LLC | Case No. 24-15203 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: November 7, 2024 |

## **CERTIFICATION OF CREDITOR**

I, Maria Henriques-Demers, Registered Agent for Creditor 245 Hickory Lane LLC, of full age, hereby certify and say:

1. I am the Registered Agent for Creditor 245 Hickory Lane LLC, and as such I am fully familiar with the facts set forth herein.

2. I am the owner of the property located 245 Hickory Lane, P.O. Box 197, Bayville, NJ 08721 (herein referred to as the "Property").

3. Debtors are 4 months behind on their post-petition rental payments.

4. Further, Debtors have failed to pay the required sewer fees on the Property.

5. For the above reasons, it is respectfully requested that the Court enter an Order for Relief from Stay.

RESPECTFULLY SUBMITTED,

October 11, 2024                                                                       By: */s/ Maria Henriques-Demers*
                                                                                                    Maria Henriques-Demers