George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Creditor 245 Hickory Lane LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

| IN THE MATTER OF | Chapter 11 Proceedings |
|---|---|
| Coastal Construction Group, LLC | Case No. 24-15203 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: November 7, 2024 |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

Case 24-15203-MBK    Doc 41-4    Filed 10/11/24    Entered 10/11/24 13:18:36    Desc
Proposed Order    Page 2 of 2

Page 2
Creditor: 245 Hickory Lane LLC
Case No: 24-15203 MBK
Caption of Order: Order Granting Motion for Relief from Stay

After review of the Creditor 245 Hickory Lane LLC's Motion for Relief from the Automatic Stay as hereinafter set forth, and for cause shown,

**IT IS** hereby **ORDERED** that the Motion is **GRANTED** and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more action in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following Properties:

(1) 245 Hickory Lane, P.O. Box 197, Bayville, NJ 08721

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the eviction and pursue its state court remedies.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

It is further **ORDERED** that the movant shall be permitted to reasonably permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.