George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Creditor 245 Hickory Lane LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN THE MATTER OF | Chapter 11 Proceedings |
| Coastal Construction Group, LLC | Case No. 24-15203 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: November 7, 2024 |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with Local Rule 9013-2, no brief is being filed in support of this motion because the legal principles involved are not novel or in dispute and are adequately set forth in the certification.

Dated: October 11, 2024

By: /s/ George E. Veitengruber, III
George E. Veitengruber, III, Esq.
SBN# 015532003
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
bankruptcy@veitengruberlaw.com