LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**ATTORNEY FOR MOVANT: ALLY CAPITAL**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

| | | |
|---|---|---|
| IN RE:<br>COASTAL CONSTRUCTION GROUP, LLC<br><br>    Debtor | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CHAPTER 11<br><br>BANKRUPTCY NO. 24-15203(MBK)<br><br>Hearing Date: November 7, 2024 at 10:00 am<br>Judge: Honorable Michael B. Kaplan<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY WITH WAIVER OF RULE 4001(a)(3)** |

TO:  Daniel E. Straffi, Esquire  
　　　Straffi & Straffi, LLC  
　　　670 Commons Way  
　　　Toms River, NJ 08755  

　　　U.S. Trustee  
　　　US Dept of Justice  
　　　Office of the US Trustee  
　　　One Newark Center, Ste 2100  
　　　Newark, NJ 07102  

　　　Coastal Construction Group, LLC  
　　　235 Hickory Lane, Unit B  
　　　Bayville, NJ 08721  

　　　Margaret Mcgee  
　　　DOJ-Ust  
　　　One Newark Center  
　　　108 Raymond Blvd.  
　　　Ste 21st Floor  
　　　Newark NJ 07102  

PLEASE TAKE NOTICE that on __**November 7**__, 2024 at __**10:00**__ A.M. or as soon as the matter may be heard, the undersigned, attorneys for Secured Creditor Ally Capital, will move before the Honorable Michael B. Kaplan of the United States Bankruptcy Court, 402 East State Street, Courtroom #8, Trenton, NJ 08608 for the entry of an Order for Relief from the Automatic

Stay with Waiver of Rule 4001(a)(3) with respect to Debtor's 2022 Dodge Commercial 5500 Ram 5500 Chassis & Regular Cab; VIN: 3C7WRNAJ8NG224417, and allowing Ally Capital to continue or institute a repossession action, by reason of the Debtor's failure to make regular monthly payments to Ally Capital.

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

DATED:   October 16, 2024          /s/ REGINA COHEN
                                    Regina Cohen, Esquire
                                    Attorney for Ally Capital