# Exhibit B



# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| | 3C7WR NAJ8N G2244 | 17 | 2022 | RAM | 550 | TRK |

| TYPE OF TITLE | DUPLICATE NO. | GVW/WC/LGTH. | COLOR/MTL/HP | DEALER I.D. | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | | BLUE | | | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | | STATUS |
|---|---|---|---|---|---|
| 85.00 | 12-05-2022 | | 392 | | |

F - FLOOD    S - SALVAGE
P - POLICE   T - TAXI
L - LEMON LAW
A - ACTUAL MILEAGE
N - NOT THE ACTUAL MILEAGE
M - MILEAGE EXCEEDS THE MECHANICAL LIMITS

OWNER(S)
COASTAL CNSTRCTN GRP LLC
101 PROSPER WAY UNIT 401
BRICK       NJ 08723

DEAN V RADO

NUMBER OF OWNERS: 2
NUMBER OF LIENHOLDERS: 1

OWNER DL/CC #:

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME. AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER

**State of New Jersey**
MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER   DATE

FIRST LIENHOLDER   DATE 12-05-2022
ALLY FINANCIAL INC
PO BOX 8140
COCKEYSVILLE    MD 21030

LIEN RELEASED BY:
SECOND RELEASE   SIGNATURE_____   TITLE_____   DATE_____

LIEN RELEASED BY:
FIRST RELEASE   SIGNATURE_____   TITLE_____   DATE_____

ALTERATION OR ERASURE VOIDS THIS TITLE    KEEP IN SAFE PLACE

VOID IF ALTERED

---

THIS IS A RECEIPT DOCUMENT ONLY

VIN: 3C7WRNAJ8NG224417    MILEAGE: 392 A    DUP:    STATUS:
RAM 2022 TRK 550    BLUE 25900    AXLE:    DEALER ID:

| | |
|---|---|
| TITLE I | : 85.00 |
| SALES TAX | : 0.00 |
| LFIS | : 0.00 |
| TOTAL | : 85.00 |

COASTAL CNSTRCTN GRP LLC
101 PROSPER WAY UNIT 401
BRICK       NJ 08723

85.00 I STANDARD

CO-OWNER(S)
DEAN V RADO

LIENHOLDER(S)
ALLY FINANCIAL INC

STATE OF NEW JERSEY — CUSTOMER COPY