# Exhibit C

**Payment History**

| Date | Description | Payment due | Payment made | Balance |
|---|---|---:|---:|---:|
| 11/21/2022 | Cash down Payment_F | 15000.00 | 0.00 | 15000.00 |
| 11/21/2022 | Receipt - paid via dealer | 0.00 | 15000.00 | .00 |
| 1/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 1/16/2023 | Late Charge_Accrued | 73.78 | 0.00 | 1549.40 |
| 2/5/2023 | Repayment | 1475.62 | 0.00 | 3025.02 |
| 2/7/2023 | Receipt - ACI pay | 0.00 | 1500.00 | 1525.02 |
| 2/16/2023 | Late Charge_Accrued | 72.56 | 0.00 | 1597.58 |
| 3/5/2023 | Repayment | 1475.62 | 0.00 | 3073.20 |
| 3/7/2023 | Receipt - ACI pay | 0.00 | 1597.58 | 1475.62 |
| 3/7/2023 | Receipt - ACI pay | 0.00 | 1475.62 | .00 |
| 4/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 4/10/2023 | Receipt - ACI pay | 0.00 | 1475.62 | .00 |
| 5/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 5/16/2023 | Late Charge_Accrued | 73.78 | 0.00 | 1549.40 |
| 5/18/2023 | Receipt - ACI pay | 0.00 | 1549.40 | .00 |
| 6/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 6/16/2023 | Late Charge_Accrued | 73.78 | 0.00 | 1549.40 |
| 6/20/2023 | Receipt - ACI pay | 0.00 | 1549.40 | .00 |
| 7/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 7/13/2023 | Receipt - ACI pay | 0.00 | 1475.62 | .00 |
| 8/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 8/16/2023 | Late Charge_Accrued | 73.78 | 0.00 | 1549.40 |
| 8/24/2023 | Receipt - ACI pay | 0.00 | 1549.40 | .00 |
| 9/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 9/12/2023 | Receipt - ACI pay | 0.00 | 1475.62 | .00 |
| 10/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 10/16/2023 | Late Charge_Accrued | 73.78 | 0.00 | 1549.40 |
| 10/20/2023 | Receipt - ACI pay | 0.00 | 1549.40 | .00 |
| 11/5/2023 | Repayment | 1475.62 | 0.00 | 1475.62 |
| 11/16/2023 | Late Charge_Accrued | 73.78 | 0.00 | 1549.40 |
| 12/5/2023 | Repayment | 1475.62 | 0.00 | 3025.02 |
| 12/16/2023 | Late Charge_Accrued | 73.78 | 0.00 | 3098.80 |
| 12/19/2023 | Receipt - ACI pay | 0.00 | 1475.62 | 1623.18 |
| 1/5/2024 | Repayment | 1475.62 | 0.00 | 3098.80 |
| 1/16/2024 | Late Charge_Accrued | 73.78 | 0.00 | 3172.58 |
| 1/23/2024 | Receipt - ACI pay | 0.00 | 1475.60 | 1696.98 |
| 2/5/2024 | Repayment | 1475.62 | 0.00 | 3172.60 |
| 2/16/2024 | Late Charge_Accrued | 73.78 | 0.00 | 3246.38 |
| 3/5/2024 | Repayment | 1475.62 | 0.00 | 4722.00 |
| 3/7/2024 | Receipt - ACI pay | 0.00 | 1475.64 | 3246.36 |
| 3/16/2024 | Late Charge_Accrued | 73.78 | 0.00 | 3320.14 |
| 3/21/2024 | Receipt - ACI pay | 0.00 | 1475.62 | 1844.52 |
| 3/28/2024 | Receipt - ACI pay | 0.00 | 1475.62 | 368.90 |
| 4/5/2024 | Repayment | 1475.62 | 0.00 | 1844.52 |
| 4/16/2024 | Late Charge_Accrued | 73.78 | 0.00 | 1918.30 |
| 5/5/2024 | Repayment | 1475.62 | 0.00 | 3393.92 |
| 5/16/2024 | Late Charge_Accrued | 73.78 | 0.00 | 3467.70 |
| 6/5/2024 | Repayment | 1475.62 | 0.00 | 4943.32 |
| 7/5/2024 | Repayment | 1475.62 | 0.00 | 6418.94 |

| Date | Type | Amount | | Balance |
|---|---|---|---|---|
| 8/5/2024 | Repayment | 1475.62 | 0.00 | 7894.56 |
| 9/5/2024 | Repayment | 1475.62 | 0.00 | 9370.18 |
| 10/5/2024 | Repayment | 1475.62 | 0.00 | 10845.80 |