# Exhibit D

# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: October 07, 2024

---

Vehicle Description:  2022 Dodge Commercial 5500 Ram 5500 Chassis & Regular Cab
VIN:  3C7WRNAJ8NG224417

**Base Values**

Retail: $ 54450.00              Wholesale/Trade-in: $ 45000.00

**Optional Equipment/Adjustments**

Estimated Miles: 76500          $ 0.00

**Total Adjusted N.A.D.A. Used Car Guide Values**

Retail: $ 54450.00              Retail/Wholesale Average: $ 49725.00

Reference 10/2024 Eastern