UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th &
Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail Rcohen@lavin-law.com
Attorney for Movant

**IN RE:**

**COASTAL CONSTRUCTION GROUP, LLC**

Case No: 24-15203(MBK)

Chapter 11

Judge: Honorable Michael B. Kaplan

## CERTIFICATE OF SERVICE

1. I Regina Cohen:

    ✓ represent the Creditor in the above-captioned matter.

    __ Am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    __ Am the _____ in the above case and am representing myself.

2. On <u>October 16</u>, 2024 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Notice of Motion for Relief from Automatic Stay with Waiver of Rule 4001 (a)(3) and supporting documents**

3. I hereby certify under penalty of perjury that the above documents were using the mode of service indicated.

    LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

DATED:    October 16, 2024            /S/ REGINA COHEN
                                       Regina Cohen, Esquire
                                       Attorney for Ally Capital

| Name of Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel E. Straffi, Esquire<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Debtor's Counsel | ☐ Hand Delivery<br>✓ Regular Mail<br>✓ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronica Filing (NEF<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Coastal Construction Group, LLC<br>235 Hickory Lane, Unit B<br>Bayville, NJ 08721 | Debtor | ☐ Hand Delivery<br>✓ Regular Mail<br>✓ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronica Filing (NEF<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | U.S Trustee | ☐ Hand Delivery<br>✓ Regular Mail<br>✓ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronica Filing (NEF<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Margaret Mcgee<br>DOJ-Ust<br>One Newark Center<br>108 Raymond Blvd.<br>Ste 21st Floor<br>Newark NJ 07102 | On Behalf of U.S. Trustee | ☐ Hand Delivery<br>✓ Regular Mail<br>✓ Certified Mail/RR<br>☐ E-mail |

|  |  | ☐ Notice of Electronica Filing (NEF <br><br> ☐ Other _____ <br><br> (As authorized by the court or by rule. Cite the rule if applicable.) |
|---|---|---|
|  |  | ☐ Hand Delivery <br><br> ✓ Regular Mail <br><br> ✓ Certified Mail/RR <br><br> ☐ E-mail <br><br> ☐ Notice of Electronica Filing (NEF <br><br> ☐ Other _____ <br><br> (As authorized by the court or by rule. Cite the rule if applicable.) |

3