LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**ATTORNEY FOR MOVANT: ALLY CAPITAL**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| COASTAL CONSTRUCTION GROUP, LLC | : | |
| | : | BANKRUPTCY NO. 24-15203(MDK) |
| Debtor | : | |
| | : | Hearing Date: November 7, 2024 at 10:00 a.m. |
| | : | |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH LOCAL RULES OF BANKRUPTCY PRACTICE**

    The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the Movant has a perfected security interest in the motor vehicle owned by the Debtor Coastal Construction Group, LLC and there has been a default.

    As the facts the Movant relies upon, as set forth on the accompanying Certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

DATED: October 16, 2024    /s/ REGINA COHEN
Regina Cohen, Esquire
Attorney for Ally Capital

2547567