**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor-in-Possession

|  |  |
|---|---|
| In Re: | ) UNITED STATES BANKRUPTCY COURT<br>) FOR THE DISTRICT OF NEW JERSEY<br>)<br>) Chapter 11 Proceeding<br>) Case No. 24-15203/MBK |
| Coastal Construction Group, LLC | ) |
| Debtor(s). | ) **NOTICE OF MOTION FOR ENTRY OF**<br>) **AN ORDER VOLUNTARILY DISMISSING**<br>) **CHAPTER 11 PROCEEDINGS**<br>)<br>) Hearing Date: January 2, 2025 @ 10:00 a.m.<br>)<br>) **ORAL ARGUMENT WAIVED** |

To:  All parties on mailing list annexed.

  **PLEASE TAKE NOTICE** that Daniel E. Straffi, Jr., attorney for Coastal Construction Group, LLC shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Court, 402 E. State Street, Trenton, New Jersey on January 2, 2025 @ 10:00 a.m. or as soon as possible thereafter as counsel may be heard, for the entry of an Order Dismissing the Chapter 11 Proceedings.

  **PLEASE TAKE FURTHER NOTICE** that the movant shall rely upon the attached Certification.  No brief is submitted since no unique questions of law exists; and

  **PLEASE TAKE FURTHER NOTICE** that the undersigned waives oral argument and consents to a disposition on the papers; and

  **PLEASE TAKE FURTHER NOTICE** that if any party objects to this motion, a written objection must be filed with the Clerk of the United States Bankruptcy Court, 402 E.

State Street, Trenton, New Jersey, 08608, with a copy served upon the undersigned Trustee. <u>All such objections must be filed not later than seven (7) days before the above hearing date</u> or such other time as the Court may direct; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

/s/ Daniel E. Straffi, Jr.
_____
Dated:    November 20, 2024                                        Daniel E. Straffi, Jr.

US Trustee's Office
One Newark Center
Suite 2100
Newark, NJ 07102
Attn: Michael Artis, Esq.

Coastal Construction Group, LLC
235 Hickory Lane
Unit B
Bayville, NJ 08721
Attn: Dean Rado
(Debtor)

Ally Financial
4515 N. Santa Fe
Dept. APS
Oklahoma, OK 73
(Secured Creditor)

AVB Investment, LLC
30 Freneau Avenue
Matawan, NJ 07747
Attn: Officer, Managing or General Agent
(Secured Creditor)

CT Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203
Attn: Officer, Managing or General Agent
(Secured Creditor)