**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548(fax)
bkclient@straffilaw.com
Attorney for Debtor-in-Possession

| | |
|---|---|
| In Re:<br><br><br><br>Coastal Construction Group, LLC<br><br><br><br><br><br><br>Debtor. | ) UNITED STATES BANKRUPTCY COURT<br>) FOR THE DISTRICT OF NEW JERSEY<br>)<br>) Chapter 11 Proceeding<br>) Case No. 24-15203/MBK<br>)<br>) **CERTIFICATION OF DEBTOR IN**<br>) **SUPPORT OF NOTICE OF MOTION FOR**<br>) **ENTRY OF AN ORDER VOLUNTARILY**<br>) **DISMISSING CHAPTER 11 PROCEEDINGS**<br>)<br>) Hearing Date: January 2, 2024 @ 10:00 a.m.<br>) **ORAL ARGUMENT WAIVED** |

Dean Rado, being of full age, certifies as follows:

1.      I am the representative of the Debtor in the above action and am personally familiar with the matters sets forth below.

2.      I make this certification in support of the motion for entry of an order dismissing the Chapter 11 proceeding. The within petition was filed on May 22, 2024 for relief under Chapter 11 to stop the levying of the business accounts and assets.

3.      The appointment of my attorney, Daniel E. Straffi, Jr. was entered on June 14, 2024.

4.      I have remained in possession of its assets and continue the management of the bankruptcy estate as a debtor-in-possession pursuant to §1107 and §1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or an examiner in this case, and no official committee has yet been appointed by the Office of the United States Trustee.

5.      This case was filed to stay the levy of bank accounts and assets with the purpose to allow time to sell the property of the Debtor located at 426 and 427 Boxwood Drive, Forked River, NJ.

6.      Thankfully, the Debtor has a Contract of Sale pending. The only outstanding factor is the dismissal of the bankruptcy. A copy of the Contract of Sale is attached hereto as **Exhibit A**.

7.      Furthermore, there are several settlement agreements pending as we adjust the closing date of the contract to meet the needs of the creditors toward resolution.  It is understood by all parties that there will be a benefit to creditors and the business to continue negotiations to the point of settlement rather than subject the parties to liquidation, which will substantially increase administration costs to the detriment of creditors.

8.      The sale of the properties will cure the outstanding mortgage and allow for payment to creditors.

9.      Accordingly, the need for relief provided by Chapter 11 of the Bankruptcy Code is no longer necessary and hereby request that my case be dismissed in accordance with the provisions of §1112.

10.     I certify that all of the above statements made by me are true.  I am aware that if any of the above statements made by me are willfully false, I am subject to punishment.

/s/ Dean Rado

Dated:  November 20, 2024
_____

Dean Rado