|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**LAW OFFICES OF SCOTT H. BERNSTEIN LLC**<br>Scott H. Bernstein, Esq.<br>(N.J. Attorney Id. No. 024822002)<br>101 Eisenhower Parkway, Suite #300<br>Roseland, New Jersey 07068-1054<br>Telephone:  (862) 245-2667<br>Email:  scott@scottbernsteinlaw.com<br><br>*Attorney for American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc.* | Hearing Date:  1/02/25 @ 10:00 a.m.<br><br>**ORAL ARGUMENT REQUESTED** |
| In re:<br><br>COASTAL CONSTRUCTION GROUP, LLC,<br><br>                                                      Debtor. | Chapter 11<br><br>Case No.  24-15203<br><br>Honorable Michael B. Kaplan |

## DECLARATION OF SCOTT H. BERNSTEIN

I, SCOTT H. BERNSTEIN, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am the attorney for American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. ("ABC"), a creditor who never received notice of the above-captioned bankruptcy case of Coastal Construction Group, LLC (the "Debtor").

2. I make this Declaration on my personal knowledge in support of ABC's *Objection to Debtor's Motion for an Order Dismissing its Chapter 11 Case*.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Debtor's *Voluntary Petition*, *Schedules of Assets and Liabilities*, *Statement of Financial Affairs*, *Creditors Matrix*, and *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* [Docket No. 19].

4. Attached hereto as Exhibit 2 is a true and correct copy of the Debtor's *Claims Register* which I printed off the Court's website on December 18, 2024.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Debtor's *Notice of Chapter 11 Bankruptcy Case* [Docket No. 8].

6. Attached hereto as Exhibit 4 is a true and correct copy of ABC's *Verified Complaint* (with exhibits) which ABC filed against Dean Rado in the Superior Court of New Jersey, Ocean County Vicinage, on October 30, 2024. Ashley Harloff, a Debt Recovery Analyst at ABC, verified ABC's Verified Complaint under the penalty of perjury.

7. Attached hereto as Exhibit 5 is true and correct copy of a printout of a docket sheet for the Debtor's bankruptcy case which I printed off the Court's website on December 18, 2024.

8. Attached hereto as Exhibit 6 is a true and correct copy of the unpublished decision of *In re Just Plumbing & Heating Supply, Inc.*, No. 11-10151 (MG), 2011 Bankr. LEXIS 4021, (Bankr. S.D.N.Y. Oct. 18, 2011). I am unaware of any published decisions to the contrary.

9. Attached hereto as Exhibit 7 is a true and correct copy of the unpublished decision of *In re Georgian Backyard LLC*, No. 23-43881 (JMM), 2024 Bankr. LEXIS 925 (Bankr. E.D.N.Y. April 18, 2024). I am unaware of any published decisions to the contrary.

10. Attached hereto as Exhibit 8 is a true and correct copy of the unpublished decision of *In re Kuvykin*, No. 18-10760 (JLG), 2019 Bankr. LEXIS 631 (Bankr. S.D.N.Y. Feb. 26, 2019). I am unaware of any published decisions to the contrary.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 18, 2024 in Roseland, New Jersey.

*Scott H. Bernstein*
Scott H. Bernstein

2