| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#019621997)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>*Attorney for Stanley Rajauski* | |
| In re:<br><br>Coastal Construction Group, LLC<br>*Debtor* | Case No. 24-15203-MBK<br><br>Judge Michael B. Kaplan<br><br>Chapter 11 |

## **CERTIFICATE OF SERVICE**

I, Dana S. Plon, Esquire, do hereby certify that a true and correct copy of the foregoing Joinder in the Objection to Debtor's Motion for Entry of an Order Voluntarily Dismissing Chapter 11 Proceedings was served upon each of the persons listed below by being filed through the Court's electronic filing system:

Daniel E. Straffi, Jr., Esquire
*Attorney for Debtor*

Lauren Bielskie, Esquire
*Attorney for U.S. Trustee*

Margaret McGee, Esquire
*Attorney for U.S. Trustee*

   Other parties not on the Court's electronic service list will be served this 23rd day of December 2024 by U.S. Mail, Postage Prepaid include the following:

Coastal Construction Group, LLC
235 Hickory Lane, Unit B
Bayville, NJ  08721
Attn:  Dean Rado

         */s/  Dana S. Plon*
         DANA S. PLON, ESQUIRE
         Identification No. 019621997
         *Attorney for Stanley Rajauski*

         Sirlin Lesser & Benson, P.C.
         123 South Broad Street, Suite 2100
         Philadelphia, PA  19109
         (215) 864-9700
         dplon@sirlinlaw.com

December 23, 2024