| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#019621997)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>*Attorney for Stanley Rajauski* | |
| In re:<br><br>　　　Coastal Construction Group, LLC<br>　　　　　　　　　*Debtor* | Case No. 24-15203-MBK<br><br>Judge Michael B. Kaplan<br><br>Chapter 11 |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF PATRICK J. TROY

I, Dana S. Plon, hereby state that I am a member of the bar of the United States District Court for the District of New Jersey and of this Court.  I make this application for the admission of Patrick J. Troy *pro hac vice* in the above-captioned matter.  Attached hereto is the Certified Statement of Attorney Troy as required by D.N.J. LBR 9010-1 and an Order for Admission Pro Hac Vice.

　　　　　　　　　　　　　　　　　　　*/s/  Dana S. Plon*
　　　　　　　　　　　　　　　　　　　DANA S. PLON, ESQUIRE
　　　　　　　　　　　　　　　　　　　Identification No. 019621997
　　　　　　　　　　　　　　　　　　　*Attorney for Stanley Rajauski*

　　　　　　　　　　　　　　　　　　　Sirlin Lesser & Benson, P.C.
　　　　　　　　　　　　　　　　　　　123 South Broad Street, Suite 2100
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19109
　　　　　　　　　　　　　　　　　　　(215) 864-9700
　　　　　　　　　　　　　　　　　　　dplon@sirlinlaw.com

January 8, 2025

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#019621997)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>*Attorney for Stanley Rajauski* | |
| In re:<br><br>　　　Coastal Construction Group, LLC<br>　　　　　　　　　　*Debtor* | Case No. 24-15203-MBK<br><br>Judge Michael B. Kaplan<br><br>Chapter 11 |

# CERTIFIED STATEMENT OF PATRICK J. TROY

I, Patrick J. Troy, hereby make the following statement in support of my admission *pro hac vice* in the above-captioned action, and state as follows:

1. I am an attorney at the law firm of Sirlin Lesser & Benson, PC, 123 S. Broad Street, Suite 2100, Philadelphia, Pennsylvania

2. Pursuant to D.N.J. LBR 9010-1(b)(2):

    A. I am a member of the bar of the Supreme Court of Pennsylvania (admitted 2002); the United States Court of Appeals for the Third Circuit (admitted 2004); the United States District Court for the Eastern District of Pennsylvania (admitted 2004); and the United States District Court for the Middle District of Pennsylvania (admitted 2004).

    B. There are no disciplinary proceedings pending against me.

    C. No discipline has ever been imposed against me.

3. I will promptly inform the Court of the institution of a new disciplinary proceedings against me.

4.  I will promptly make all payments required by the Order for Admission *Pro Hac Vice.*

5.  I recognize that as an attorney admitted *pro hac vice*, I am within the disciplinary jurisdiction of the District Court and bound by the Rules of Professional Conduct.

I understand that the foregoing statements are made subject to the penalties of 28 U.S.C. § 1746, relating to unsworn falsification to authorities.

Dated:  January 8, 2025

/s/  Patrick J. Troy
Patrick J. Troy (PA Id. 89890)
SIRLIN LESSER & BENSON, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
215-864-9700
ptroy@sirlinlaw.com