UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Lauren.Bielskie@usdoj.gov

Order Filed on January 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Chapter 11 |
|---|---|
| Coastal Construction Group, LLC, | Case No. 24-15203 (MBK) |
| Debtor. | Hearing Date: January 10, 2025 at 10 a.m. |
| | The Honorable Michael B. Kaplan, Chief Judge |

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) and three (3), are hereby

**ORDERED**.

**DATED: January 13, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Coastal Construction Group, LLC
Chapter 11 Case No. 24-15203 (MBK)
**Order Converting Case to Chapter 7**

---

Upon consideration of the Debtor's *Motion for Entry of an order Voluntarily Dismissing Chapter 11 Proceedings* (Docket No. 47), and upon consideration of the *Objection* filed by American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply Co., Inc. (Docket No. 48), the *Joinder* filed by Stanley Rajauski (Docket No. 49), and the *Objection* filed by the United States Trustee (Docket No. 50), and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the Debtor's request to dismiss the chapter 11 case is DENIED; and it is further

**ORDERED** that the chapter 11 case of Coastal Construction Group, LLC, Case No. 24-15203 (MBK) is CONVERTED from chapter 11 to chapter 7, and it is further

**ORDERED** that within 14 days of the date of this Order the Debtor shall file:

- Amendments to previously filed schedules and statements as necessary,
- All schedules and statement required by 11 U.S.C. § 521(a), if such documents have not already been filed,
- A schedule of all property which was acquired after the commencement of the case, but before the entry of this Order,
- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order,

**(Page 3)**

Coastal Construction Group, LLC
Chapter 11 Case No. 24-15203 (MBK)
**Order Converting Case to Chapter 7**

---

- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further;

**ORDERED** that the Debtor or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed.