UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Coastal Construction Group, LLC, | : | |
| | : | |
| | : | CASE NO.: 24-15203 (MBK) |
| _____ | : | |

Karen E. Bezner, Esq.
567 Park Avenue, Suite 103
Scotch Plains, NJ 07076

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee appoints Karen E. Bezner, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By: */s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

Dated: January 13, 2025