| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Email: Lauren.Bielskie@usdoj.gov | Order Filed on January 13, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Coastal Construction Group, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-15203 (MBK)<br><br>Hearing Date: January 10, 2025 at 10 a.m.<br><br>The Honorable Michael B. Kaplan, Chief Judge |

**ORDER CONVERTING CASE TO CHAPTER 7**

The relief set forth on the following page(s), numbered two (2) and three (3), are hereby

**ORDERED**.

**DATED: January 13, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Coastal Construction Group, LLC
Chapter 11 Case No. 24-15203 (MBK)
**Order Converting Case to Chapter 7**
_____

Upon consideration of the Debtor's *Motion for Entry of an order Voluntarily Dismissing Chapter 11 Proceedings* (Docket No. 47), and upon consideration of the *Objection* filed by American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply Co., Inc. (Docket No. 48), the *Joinder* filed by Stanley Rajauski (Docket No. 49), and the *Objection* filed by the United States Trustee (Docket No. 50), and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the Debtor's request to dismiss the chapter 11 case is DENIED; and it is further

**ORDERED** that the chapter 11 case of Coastal Construction Group, LLC, Case No. 24-15203 (MBK) is CONVERTED from chapter 11 to chapter 7, and it is further

**ORDERED** that within 14 days of the date of this Order the Debtor shall file:

- Amendments to previously filed schedules and statements as necessary,
- All schedules and statement required by 11 U.S.C. § 521(a), if such documents have not already been filed,
- A schedule of all property which was acquired after the commencement of the case, but before the entry of this Order,
- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order,

**(Page 3)**
Coastal Construction Group, LLC
Chapter 11 Case No. 24-15203 (MBK)
**Order Converting Case to Chapter 7**
_____

- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further;

**ORDERED** that the Debtor or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-15203-MBK
Coastal Construction Group, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Jan 13, 2025    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

**Recip ID    Recipient Name and Address**
db    + Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

**Name    Email Address**

Dana S. Plon
    on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com

Daniel E. Straffi
    on behalf of Debtor Coastal Construction Group  LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Edward Jacob Gruber
    on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

George E Veitengruber, III
    on behalf of Creditor 245 Hickory Lane  LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Alfieri
    on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Scott H. Bernstein
    on behalf of Creditor American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10