| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Coastal Construction Group, LLC<br>Name | EIN: | 45–1843710 |
| United States Bankruptcy Court | District of New Jersey | Date case filed in chapter: | 11   5/22/24 |
| Case number: | 24–15203–MBK | Date case converted to chapter: | 7   1/13/25 |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Coastal Construction Group, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 235 Hickory Lane, Unit B<br>Bayville, NJ 08721 | |
| 4. **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800<br>Email: bkclient@straffilaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | Contact phone (908) 322–8484 |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov . (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 1/14/25 |
| 7. **Meeting of creditors**<br>**The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 13, 2025 at 01:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 447 966 5829, Click on JOIN using passcode 8000676376, or call 1–908–402–4019**<br><br>For additional meeting information go to<br>https://www.justice.gov/ust/moc |
| 8. **Proof of claim**<br>Please do not file a proof of | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you | |

| | | |
|---|---|---|
| | claim unless you receive a notice to do so. | that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **1**

United States Bankruptcy Court
District of New Jersey

In re:  
Coastal Construction Group, LLC  
    Debtor

Case No. 24-15203-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 14, 2025      Form ID: 309C      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |
| 520267737 | + | 245 Hickory Lane, LLC, 245 Hickory Lane, Bayville, NJ 08721-2253 |
| 520266953 | + | AVB Investment, LLC, 431 Princeton Avenue, Brick, NJ 08724-4825 |
| 520266952 | + | AVB Investment, LLC, 30 Freneau Avenue, Matawan, NJ 07747-3390 |
| 520266954 | + | Beacon Sales Acquisition, Inc., PO Box 415439, Boston, MA 02241-5439 |
| 520309171 | + | Coastal Construction Group, LLC, C/O Marvel & Maloney, PO Box 727, Neptune, NJ 07754-0727 |
| 520334911 | + | Hanmi Bank, Hemar, Rousso & Heald, LLP, c/o Raffi Khatchadourian, Esq., 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436-2829 |
| 520266956 | + | Hudson Law Offices, PC, 900 Route 168 Suite C-2, Blackwood, NJ 08012-3206 |
| 520266957 | + | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266959 | + | Larado Group, LLC, 353 Valley Road, Wood Ridge, NJ 07075-1246 |
| 520266960 | #+ | Law Office of Bart J. Klein, 2066 Millburn Avenue, Maplewood, NJ 07040-3722 |
| 520266961 | + | Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue PO Box 490, Oakhurst, NJ 07755-0490 |
| 520266962 | + | LePore & Luizzi, LLC, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520332764 | + | PNC Bank, N.A., Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520266965 | + | PNC Bank, NA, 655 Business Center Drive Suite 250, Horsham, PA 19044-3448 |
| 520294091 | + | Patrick and Keri Brady, 5 Adams Ct, Hamilton, NJ 08690-1830 |
| 520335669 | + | Stan Rajauski, 17 Thomas Eakins Way, Marlton, NJ 08053-7204 |
| 520266966 | + | Universal Supply Company, 1985 Rutgers Blvd., Lakewood, NJ 08701-4569 |
| 520266967 | + | Wanna Window, 158 S. Main Street, Manahawkin, NJ 08050-2854 |
| 520332763 | + | William B. Callahan / Robert E. Walton, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520266968 | + | William Piparo, 220 Franklin Avenue, Seaside Heights, NJ 08751-2426 |
| 520266969 | + | Woodhaven Lumber & Millwork, Inc., 725 Carol Avenue, Oakhurst, NJ 07755-2743 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bkclient@straffilaw.com | Jan 14 2025 20:37:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755 |
| tr | + | EDI: BKEBEZNER | Jan 15 2025 01:23:00 | Karen E. Bezner, 567 Park Avenue, Suite 103, Scotch Plains, NJ 07076-1754 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2025 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2025 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520270871 | + | EDI: AISACG.COM | Jan 15 2025 01:23:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520282185 | + | EDI: AISACG.COM | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: 309C | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 15 2025 01:23:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520266950 | | EDI: GMACFS.COM | Jan 15 2025 01:23:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266955 | ^ | MEBN | Jan 14 2025 20:30:00 | CT Corporation System, 330 N. Brand Blvd. Suite 700, Glendale, CA 91203-2336 |
| 520314532 | | EDI: IRS.COM | Jan 15 2025 01:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520266963 | ^ | MEBN | Jan 14 2025 20:29:33 | Lien Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 520288686 | + | Email/Text: arbankruptcy@uline.com | Jan 14 2025 20:38:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520266951 | * | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266958 | *+ | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266964 | * | LIen Solutions, PO Box 29071, Glendale, CA 91209-9071 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana S. Plon | on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com |
| Daniel E. Straffi | on behalf of Debtor Coastal Construction Group LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Edward Jacob Gruber | on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| George E Veitengruber, III | on behalf of Creditor 245 Hickory Lane LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Karen E. Bezner | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 14, 2025 | Form ID: 309C | Total Noticed: 33 |

                Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Lauren Bielskie
        on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Margaret Mcgee
        on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Alfieri
        on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com

Regina Cohen
        on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Scott H. Bernstein
        on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12