| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **STARK & STARK, PC**<br>Joseph H. Lemkin, Esq.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619<br>Telephone (609) 791-7022<br>jlemkin@stark-stark.com | |
| In re:<br><br>Coastal Construction Group, LLC,<br><br>           Debtors. | Chapter 11<br><br>Case Nos. 24-15203 (MBK)<br><br>**Requested Hearing Date:** March 13, 2025, at 10:00 a.m. (ET)<br><br>**Objection Deadline:** March 6, 2025, at 4:00 p.m. (ET) |

### NOTICE OF HEARING ON MOTION OF HANMI BANK FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF THE STAY IMPOSED BY FRBP 4001(a)(3)

**PLEASE TAKE NOTICE** that on **March 13, 2025 at 10:00 a.m. (prevailing Eastern Time)** (the "*Hearing*") or as soon thereafter as counsel may be heard, the undersigned attorneys for Hanmi Bank ("Hanmi") will move before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge, on the third floor of the Clarkson Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08609, for an order granting relief from the automatic stay and for waiver of the stay imposed by FRBP 4001(a)(3) (the "*Motion*").

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed with the Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08609 and served upon Stark & Stark, Att: Joseph H. Lemkin, Esq., 100 American Metro Blvd.

1

Hamilton, NJ 08619, attorney for AFG on or before **March 6, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order also accompanies this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by Hanmi.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion may be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

Hanmi submits that no brief is necessary on the Motion because the Motion does not raise any novel issues of law.

Hanmi requests oral argument regarding the Motion.

Dated: February 3, 2025

                                    **STARK & STARK**
                                    **A Professional Corporation**

                                    By: */s/ Joseph H. Lemkin*
                                          Joseph H. Lemkin, Esq.