**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**STARK & STARK, PC**
Joseph J. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
jlemkin@stark-stark.com

*Attorneys for Hanmi Bank*

In re:

COASTAL CONSTRUCTION GROUP, LLC,

      Debtor.

Chapter 11

Case Nos. 24-15203 (MBK)

## ORDER GRANTING RELIEF FROM THE AUTOMATIC
## STAY AND WAIVING THE STAY PURSUANT IMPOSED BY FRBP 4001(a)(3)

The Relief set forth in the following pages two (2) is hereby **ORDERED**.

1

**Caption: ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE  STAY PURSUANT IMPOSED BY FRBP 4001(a)(3)**
**Case No. 24-15203 (MBK)**

Upon consideration of Hanmi Bank ("**Hanmi**") *Motion for Order Granting Relief From the Automatic Stay and For Waiver of Stay Pursuant to FRBP 4001(a)(3)* (the "***Motion***"), and it appearing to the Court that all the requirements of Sections 362 of Bankruptcy Code, as well as the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and after due deliberation and sufficient and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED and the stay is terminated to permit Hanmi to institute or resume and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to pursue the movant's rights in the following:

> *All Equipment financed to Debtor through its Installment Payment Agreement entered with Tech Finance Co., LLC, with the last four digits of 5-001, dated March 16, 2022 as further described in the Motion.*

2.      The stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and this Order is immediately effective upon entry.

3.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order.

4.      It is further ORDERED that Hanmi may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

5.      It is further ORDERED that Hanmi shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

6.      Hanmi shall serve this order on the debtor, any trustee and any other party who

4907-0546-8433, v. 1

**Caption: ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE  STAY PURSUANT IMPOSED BY FRBP 4001(a)(3)**
**Case No. 24-15203 (MBK)**

entered an appearance on the motion.

4907-0546-8433, v. 1