UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

COASTAL CONSTRUCTION GROUP, LLC,

Case No.: 24-15203

Judge: Hon. Michael B. Kaplan, U.S.B.J.

# ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

(Page 2)
Debtor: Coastal Construction Group, LLC
Case No.: 24-15203 (MBK)
Caption of Order: Order Reinstating Automatic Stay

---

**ORDERED** that:

1) The automatic stay is hereby reimposed as against the real properties at 429 and 427 Boxwood Drive, Forked River, New Jersey for the debt owed to AVB Investment, LLC.

2) The automatic stay shall continue through closing on the sale of the properties.