Case 24-15203-MBK    Doc 61-2    Filed 02/07/25    Entered 02/07/25 14:50:32    Desc
Statement as to Why No Brief is Necessary    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

| | |
|---|---|
| In Re: | Case No.: 24-15203 |
| COASTAL CONSTRUCTION GROUP, LLC | Chapter: 7 |
| | Judge: MBK |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: February 7, 2025          /s/ Karen E. Bezner
                                Karen E. Bezner, Esq.