**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee
Karen E. Bezner
KB 5770

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: | In Proceedings for Liquidation under Chapter 7 of the Bankruptcy Code |
| COASTAL CONSTRUCTION GROUP, LLC, | Hon. Michael B. Kaplan, C.U.S.B.J. |
| Debtor. | Bankruptcy No. 24-15203 |

NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, MORTGAGES AND OTHER ENCUMBRANCES SUCH LIENS, MORTGAGES, AND OTHER ENCUMBRANCES AS ARE PROVEN VALID TO ATTACH TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. SECTION 363(b) and (f)

TO:   Office of the United States Trustee
      One Newark Center
      Suite 2100
      Newark, New Jersey 07102

      Maggie McGee, Esq.
      Office of the United States Trustee
      One Newark Center, Suite 2100
      Newark, New Jersey 07102

      Coastal Construction Group, LLC
      235 Hickory Lane
      Unit B
      Bayville, New Jersey 08721
      Debtor

      Daniel E. Straffi, Esq.
      Straffi & Straffi, LLC
      670 Commons Way
      Toms River, New Jersey 08755
      Counsel for the Debtor

      Casey Quinn
      Re/Max at Barnegat Bay
      221 Lacey Road
      Forked River, New Jersey 08731
      Listing Broker

    Irene Shepard
Caplan Realty Assoc., LLC
2008 Route 37 East
Toms River, New Jersey 08753
Selling Broker for 427 and 429 Boxwood Drive

    Gregory J. Hock, Esq.
D'Arcy Johnson Day, P.C.
204 Court House Lane
Toms River, New Jersey 08753
Closing Attorney For Debtor

    John Mensching, Esq.
Mensching & Lucarini, P.C.
1200 Hooper Avenue, 2nd Floor
Toms River, New Jersey 08753
Closing Counsel For Purchasers

    Wrazen Homes, LLC
3062 Wilbur Avenue
Manchester, New Jersey 08759
Proposed Purchaser

    Michael A. Alfieri, Esq.
30 Freneau Avenue
Matawan, New Jersey 07747
Counsel for AVB Investment, LLC

PLEASE TAKE NOTICE THAT the undersigned counsel for Karen E. Bezner, Chapter 7 Trustee shall move before the Honorable Michael B. Kaplan, C.U.S.B.J. at the United States Bankruptcy Court, United States Courthouse, 402 East State Street, Trenton, New Jersey for an order, authorizing sale of the real property at 429 Boxwood Drive and 427 Boxwood Drive, Forked River, New Jersey to Wrazen Homes, LLC for the respective purchase prices of $161,000.00 and $175,000.00, said sale to be conducted free and clear of all liens, mortgages, and other encumbrances, such liens, mortgages, and other encumbrances as are proven valid to attach to the proceeds of sale pursuant to 11 U.S.C Section 363(b) and (f).

PLEASE TAKE FURTHER NOTICE THAT in support of the within application, the undersigned shall rely upon the Certification of Karen E. Bezner, Trustee and Memorandum of Law, submitted herewith. As required by local rule, a proposed form of order is submitted herewith.

PLEASE TAKEN FURTHER NOTICE THAT your response, if any, to the motion is due seven (7) days prior to the date scheduled for hearing thereon.  Your response must be filed with the Clerk of the Bankruptcy Court, United States Courthouse, 402 East State Street, Trenton, New Jersey 08608 and served upon counsel for the Trustee.  In the event that no timely response is filed and served, the Bankruptcy Court may grant the relief requested by the moving party without need for further hearing.

        **KAREN E. BEZNER, ESQ.**
        Counsel for Karen E. Bezner, Trustee


    By: /s/ Karen E. Bezner
        Karen E. Bezner

Dated: February 11, 2025