UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

COASTAL CONSTRUCTION GROUP, LLC,

Case No.: 24-15203

Judge: Hon. Michael B. Kaplan, C.U.S.B.J.

# ORDER AUTHORIZING SALE OF REAL PROPERTY AND FOR OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

Debtor: Coastal Construction Group, LLC
Case No.: 24-15203 (MBK)
Caption of Order: Order Authorizing Sale of Real Property And For Other Relief

---

**ORDERED** that:

1)  Karen E. Bezner, Chapter 7 trustee is hereby authorized to sell the real property at 429 Boxwood Drive and 427 Boxwood Drive, Forked River, New Jersey to Wrazen Homes, LLC for the respective purchase prices of $161,000.00 and $175,000.00, said sale to be conducted free and clear of all liens and other encumbrances, such liens and other encumbrances as are proven valid to attach to the proceeds of sale pursuant to 11 U.S.C. Section 363(b) and (f).

2)  The sale is proposed in good faith and for fair value and meets the requirements of 11 U.S.C. Section 363(b) and (f), and satisfies the requirements of In Re Abbott's Dairies of Pennsylvania, Inc., 788 F.2d 143, 147 (3d Cir. 1986).