UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Coastal Construction Group, LLC

Case No.: 24-15203
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

_____Karen E. Bezner_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, C.U.S.B.J.__ on ____March 13, 2025____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, ___402 East State Street, Trenton, NJ  08608___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   427 and 429 Boxwood Drive, Forked River, New Jersey

Proposed Purchaser:   Wrazen Homes

Sale price:  $175,000.00 and $161,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Re/Max at Barnegat Bay/Caplan Realty Assoc., LLC
Amount to be paid:  Total $16,800.00 to be shared
Services rendered:  Listing and sale of real property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee          /s/  Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-15203-MBK
Coastal Construction Group, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Feb 14, 2025  Form ID: pdf905  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |
| cr | + | 245 Hickory Lane, LLC, P.O. Box 197, Bayville, NJ 08721-0197 |
| cr | + | AVB Investment LLC, 30 Freneau Avenue, Matawan, NJ 07747, UNITED STATES 07747-3390 |
| cr | + | American Builders & Contractors Supply Co., Inc. d, Law Offices of Scott H. Bernstein LLC, 101 Eisenhower Parkway, Suite #300, Roseland, NJ 07068-1054 |
| sp | + | D'arcy Johnson Day, P.C., 204 Court House Lane, Toms River, NJ 08753-7666 |
| cr | + | Hanmi Bank, c/o Stark & Stark, P.C., 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| sp | + | Re/Max at Barnegat Bay, 221 Lacey Road, Forked River, NJ 08731-3507 |
| 520267737 | + | 245 Hickory Lane, LLC, 245 Hickory Lane, Bayville, NJ 08721-2253 |
| 520266952 | + | AVB Investment, LLC, 30 Freneau Avenue, Matawan, NJ 07747-3390 |
| 520266953 | + | AVB Investment, LLC, 431 Princeton Avenue, Brick, NJ 08724-4825 |
| 520524637 | + | American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply Co., Inc., c/o Law Offices of Scott H. Bernstein LL, 101 Eisenhower Parkway, Suite #300, Roseland, New Jersey 07068-1054 |
| 520266954 | + | Beacon Sales Acquisition, Inc., PO Box 415439, Boston, MA 02241-5439 |
| 520309171 | + | Coastal Construction Group, LLC, C/O Marvel & Maloney, PO Box 727, Neptune, NJ 07754-0727 |
| 520334911 | + | Hanmi Bank, Hemar, Rousso & Heald, LLP, c/o Raffi Khatchadourian, Esq., 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436-2829 |
| 520266956 | + | Hudson Law Offices, PC, 900 Route 168 Suite C-2, Blackwood, NJ 08012-3206 |
| 520266957 | + | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266959 | + | Larado Group, LLC, 353 Valley Road, Wood Ridge, NJ 07075-1246 |
| 520266960 | #+ | Law Office of Bart J. Klein, 2066 Millburn Avenue, Maplewood, NJ 07040-3722 |
| 520266961 | + | Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue PO Box 490, Oakhurst, NJ 07755-0490 |
| 520266962 | + | LePore & Luizzi, LLC, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520332764 | + | PNC Bank, N.A., Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520266965 | + | PNC Bank, NA, 655 Business Center Drive Suite 250, Horsham, PA 19044-3448 |
| 520294091 | + | Patrick and Keri Brady, 5 Adams Ct, Hamilton, NJ 08690-1830 |
| 520335669 | + | Stan Rajauski, 17 Thomas Eakins Way, Marlton, NJ 08053-7204 |
| 520266966 | + | Universal Supply Company, 1985 Rutgers Blvd., Lakewood, NJ 08701-4569 |
| 520266967 | + | Wanna Window, 158 S. Main Street, Manahawkin, NJ 08050-2854 |
| 520332763 | + | William B. Callahan / Robert E. Walton, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520266968 | + | William Piparo, 220 Franklin Avenue, Seaside Heights, NJ 08751-2426 |
| 520266969 | + | Woodhaven Lumber & Millwork, Inc., 725 Carol Avenue, Oakhurst, NJ 07755-2743 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520270871 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 14 2025 20:56:26 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520282185 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2025 20:56:52 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520266950 | | Email/Text: ally@ebn.phinsolutions.com | Feb 14 2025 21:11:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266955 | ^ | MEBN | Feb 14 2025 20:44:13 | CT Corporation System, 330 N. Brand Blvd. Suite 700, Glendale, CA 91203-2336 |
| 520314532 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2025 21:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520266963 | ^ | MEBN | Feb 14 2025 20:45:29 | Lien Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 520288686 | + | Email/Text: arbankruptcy@uline.com | Feb 14 2025 21:14:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Stan Rajauski, 17 Thomas Eakins Way, Marlton, NJ 08053-7204 |
| 520266951 | * | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266958 | *+ | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266964 | * | LIen Solutions, PO Box 29071, Glendale, CA 91209-9071 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana S. Plon | on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com |
| Daniel E. Straffi | on behalf of Debtor Coastal Construction Group LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Edward Jacob Gruber | on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| | |
|---|---|
| George E Veitengruber, III | on behalf of Creditor 245 Hickory Lane LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Joseph H. Lemkin | on behalf of Creditor Hanmi Bank jlemkin@stark-stark.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Alfieri | on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Scott H. Bernstein | on behalf of Creditor American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14