UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on February 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

COASTAL CONSTRUCTION GROUP, INC.,

Case No.: 24-15203

Chapter: 7

Judge: MBK

## ORDER AUTHORIZING RETENTION OF

## SPECIAL COUNSEL TO THE TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: February 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain D'Arcy Johnson Day, P.C. as Special Counsel to the Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 204 Court House Lane
   Toms River, New Jersey  08753

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*