Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24–15203–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Coastal Construction Group, LLC
   235 Hickory Lane, Unit B
   Bayville, NJ 08721

Social Security No.:

Employer's Tax I.D. No.:
   45–1843710

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 20, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 69 – 63
Order Granting Application For Retention of Professional D'Arcy Johnson Day, P.C. as Special Counsel to Trustee (Related Doc # 63). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/19/2025. (dmi)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 20, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-15203-MBK

Coastal Construction Group, LLC                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

**Recip ID**        **Recipient Name and Address**
sp              +   D'arcy Johnson Day, P.C., 204 Court House Lane, Toms River, NJ 08753-7666

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

**Name**             **Email Address**

Dana S. Plon
        on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com

Daniel E. Straffi
        on behalf of Debtor Coastal Construction Group  LLC bkclient@straffilaw.com,
        g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Edward Jacob Gruber
        on behalf of Creditor Stan Rajauski help@cibiklaw.com
        noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

George E Veitengruber, III
        on behalf of Creditor 245 Hickory Lane  LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com

Joseph H. Lemkin
        on behalf of Creditor Hanmi Bank jlemkin@stark-stark.com

District/off: 0312-3                              User: admin                                              Page 2 of 2
Date Rcvd: Feb 20, 2025                       Form ID: orderntc                                   Total Noticed: 1

Karen E. Bezner
                        Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
                        on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Lauren Bielskie
                        on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Margaret Mcgee
                        on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Alfieri
                        on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com

Regina Cohen
                        on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Scott H. Bernstein
                        on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14