UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on February 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:  24-15203 |
| COASTAL CONSTRUCTION GROUP, LLC, | Chapter:  7 |
| | Judge:  MBK |

**ORDER AUTHORIZING RETENTION OF**

**REAL ESTATE BROKER**

The relief set forth on the following page is **ORDERED**.

**DATED: February 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Re/Max at Barnegat Bay_____ as _____real estate broker_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 221 Lacey Road
   Forked River, New Jersey  08731
   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15203-MBK |
| Coastal Construction Group, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dana S. Plon | on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com |
| Daniel E. Straffi | on behalf of Debtor Coastal Construction Group  LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Edward Jacob Gruber | on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| George E Veitengruber, III | on behalf of Creditor 245 Hickory Lane  LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Joseph H. Lemkin | on behalf of Creditor Hanmi Bank jlemkin@stark-stark.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 20, 2025 | Form ID: pdf903 | Total Noticed: 1

| Name | Details |
|---|---|
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Alfieri | on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Scott H. Bernstein | on behalf of Creditor American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14