| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, AVB Investment, LLC<br>M.A. - 4945 |

| In Re:<br>COASTAL CONSTRUCTION GROUP, LLC,<br>DEBTOR | Case No.: 24-15203-MBK<br>Chapter: 7<br>Hearing Date: 3/13/2025<br>Judge: MBK |
|---|---|

## CERTIFICATION CONCERNING PROPOSED ORDER

I, Michael A. Alfieri, Esq, , certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled Motion to Reinstate the Automatic Stay as to Creditor filed on 2/7/2025 :

### Orders to be Submitted

1.) ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☐ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ☐ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

5.) ☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Karen E. Bezner, Trustee | ☒ Trustee |
| Margaret Mcgee | ☒ U.S. Trustee |
| Daniel E. Straffi, Esq. | Attorney for Debtor |
| Coastal Construction Group, LLC | Debtor |
| US Trustee | US Trustee |

I certify under penalty of perjury that the foregoing is true.

Date: 2/27/2025                                    /s/Michael A. Alfieri, Esq.
                                                   Signature

new.8/1/2024

2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, AVB Investment, LLC<br>M.A. - 4945 | |
| In Re:<br><br>COASTAL CONSTRUCTION GROUP, LLC,<br>Debtor | Case No.: 24-15203-MBK<br><br>Chapter: 7 (Previous Chapter 11)<br><br>Hearing Date: 3/13/2025<br><br>Judge: MBK |

**CONSENT ORDER RESOLVING TRUSTEE'S MOTION REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

Page 2

DEBTOR: COASTAL CONSTRUCTION GROUP, LLC /CASE NO: 24-15203-MBK
CAPTION OF ORDER: CONSENT ORDER RESOLVING TRUSTEE'S MOTION REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

THIS MATTER having been brought before the Court by KAREN E. BEZNER, in her capacity as Chapter 7 Trustee ("Trustee"), upon a motion to reinstate the automatic stay in favor of Secured Creditor AVB Investment, LLC, with Michael A. Alfieri, Esq., appearing on behalf of Secured Creditor AVB Investment, LLC; and the parties having consented to the relief granted herein; and the Court having considered the representations of counsel and the agreement of the parties; and for good cause shown;

IT IS ON THIS        DAY OF             , 2025

ORDERED the Automatic Stay is reinstated as to the Secured Creditor, AVB Investment, LLC; and it is further

ORDERED that in the event the following properties are not sold by April 14, 2025, upon certification by the Secured Creditor's attorney, with notice to the Court and all relevant parties, the automatic stay shall be vacated, and relief shall be granted to Secured Creditor AVB Investment, LLC by further order of this Court;

(1) Boxwood Drive, Forked River, NJ 08731, Lot 5,6 &7, Block 354 (a/k/a 427 Boxwood Drive); and

(2) (2) Boxwood Drive, Forked River, NJ 08731, Lot 18.01, 19, 20 & 21, Block 353, (a/k/a 429 Boxwood Drive); and it is further

ORDERED that the payoffs provided by Secured Creditor, AVB Investment, LLC dated January 30, 2025, plus any additional accrued interest and applicable charges incurred until the loans are paid in full shall be deemed valid for the sale of the properties identified herein; and it is further

Page 3

DEBTOR: COASTAL CONSTRUCTION GROUP, LLC /CASE NO: 24-15203-MBK
CAPTION OF ORDER: CONSENT ORDER RESOLVING TRUSTEE'S MOTION REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

ORDERED that it is acknowledged and agreed that all appropriate parties received proper and adequate notice of Secured Creditor's motion for relief from the automatic stay filed under Document 34 in this matter and that no objections remain outstanding; and it is further

ORDERED that a copy of this Order be sent to all parties, herein within seven (7) days of filing;

_____
J.U.S.B.C

WE HEREBY consent to the form and entry of the above:

/s/ *Karen E. Bezner, Trustee*
Karen E. Bezner,                          Date February 25, 2025
Chapter 7 Trustee

/s/ *Michael A. Alfieri, Esq.*
Michael A. Alfieri, Esq.                  Date: February 26, 2025
Attorney for Secured Creditor

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, AVB Investment LLC<br>M.A. - 4945 | Case No.: 24-15203<br><br>Chapter: 7 |
| In Re:<br><br>Coastal Construction Group, LLC | Adv. No.: <br><br>Hearing Date: 3/13/2025<br><br>Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, __Violeta Dumani__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Michael A. Alfieri, Esq.__, who represents __AVB Investment LLC__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __2/27/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   CERTIFICATION CONCERNING PROPOSED ORDER and PROPOSED ORDER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/27/2025

Signature: _[signature]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey  07076 | Chapter 7 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Maggie McGee, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey  07102 | US Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102 | US Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Daniel E. Straffi, Esq.<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, New Jersey  08755 | Counsel for the Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Casey Quinn<br>Re/Max at Barnegat Bay<br>221 Lacey Road<br>Forked River, New Jersey  08731 | Listing Broker | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Irene Shepard<br>Caplan Realty Assoc. LLC<br>2008 Route 37 East<br>Toms River, New Jersey  08753 | Selling Broker for 427 and 429 Boxwood Drive | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Gregory J. Hock, Esq.<br>D'Arcy Johnson Day, P.C.<br>204 Court House Lane<br>Toms River, New Jersey  08753 | Closing Attorney for Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| John Mensching, Esq.<br>Mensching & Lucarini, P.C.<br>1200 Hooper Avenue, 2nd Floor<br>Toms River, New Jersey  08753 | Closing Counsel for Purchasers | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wrazen Homes, LLC<br>3062 Wilbur Avenue<br>Manchester, New Jersey 08759 | Proposed Purchaser | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>      (as authorized by the court *) |
| Coastal Construction Group, LLC<br>235 Hickory Lane, Unit B<br>Bayville, New Jersey 08721 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>      (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>      (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>      (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*

4