| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, AVB Investment, LLC<br>M.A. - 4945 | Order Filed on February 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>COASTAL CONSTRUCTION GROUP, LLC,<br>Debtor | Case No.: 24-15203-MBK<br><br>Chapter: 7 (Previous Chapter 11)<br><br>Hearing Date: 3/13/2025<br><br>Judge: MBK |

## CONSENT ORDER RESOLVING TRUSTEE'S MOTION REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 28, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

DEBTOR: COASTAL CONSTRUCTION GROUP, LLC /CASE NO: 24-15203-MBK
CAPTION OF ORDER: CONSENT ORDER RESOLVING TRUSTEE'S MOTION REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

THIS MATTER having been brought before the Court by KAREN E. BEZNER, in her capacity as Chapter 7 Trustee ("Trustee"), upon a motion to reinstate the automatic stay in favor of Secured Creditor AVB Investment, LLC, with Michael A. Alfieri, Esq., appearing on behalf of Secured Creditor AVB Investment, LLC; and the parties having consented to the relief granted herein; and the Court having considered the representations of counsel and the agreement of the parties; and for good cause shown;

IT IS ON THIS _____ DAY OF _____, 2025

ORDERED the Automatic Stay is reinstated as to the Secured Creditor, AVB Investment, LLC; and it is further

ORDERED that in the event the following properties are not sold by April 14, 2025, upon certification by the Secured Creditor's attorney, with notice to the Court and all relevant parties, the automatic stay shall be vacated, and relief shall be granted to Secured Creditor AVB Investment, LLC by further order of this Court;

(1) Boxwood Drive, Forked River, NJ 08731, Lot 5,6 &7, Block 354 (a/k/a 427 Boxwood Drive); and

(2) (2) Boxwood Drive, Forked River, NJ 08731, Lot 18.01, 19, 20 & 21, Block 353, (a/k/a 429 Boxwood Drive); and it is further

ORDERED that the payoffs provided by Secured Creditor, AVB Investment, LLC dated January 30, 2025, plus any additional accrued interest and applicable charges incurred until the loans are paid in full shall be deemed valid for the sale of the properties identified herein; and it is further

Page 3

DEBTOR: COASTAL CONSTRUCTION GROUP, LLC /CASE NO: 24-15203-MBK
CAPTION OF ORDER: CONSENT ORDER RESOLVING TRUSTEE'S MOTION
REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

ORDERED that it is acknowledged and agreed that all appropriate parties received proper and adequate notice of Secured Creditor's motion for relief from the automatic stay filed under Document 34 in this matter and that no objections remain outstanding; and it is further

ORDERED that a copy of this Order be sent to all parties, herein within seven (7) days of filing;

WE HEREBY consent to the form and entry of the above:

*/s/ Karen E. Bezner, Trustee*
Karen E. Bezner,                                       Date February 25, 2025
Chapter 7 Trustee


*/s/ Michael A. Alfieri, Esq.*
Michael A. Alfieri, Esq.                               Date: February 26, 2025
Attorney for Secured Creditor