UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of Michael A. Alfieri
NJ ID: 005021989
30 Freneau Ave, Matawan, NJ 07747
Matawan, NJ 07747
Attorney for Secured Creditor, AVB Investment, LLC
M.A. - 4945

Order Filed on February 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

COASTAL CONSTRUCTION GROUP, LLC,
Debtor

Case No.: 24-15203-MBK

Chapter: 7 (Previous Chapter 11)

Hearing Date: 3/13/2025

Judge: MBK

## CONSENT ORDER RESOLVING TRUSTEE'S MOTION REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 28, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

DEBTOR: COASTAL CONSTRUCTION GROUP, LLC /CASE NO: 24-15203-MBK
CAPTION OF ORDER: CONSENT ORDER RESOLVING TRUSTEE'S MOTION REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

THIS MATTER having been brought before the Court by KAREN E. BEZNER, in her capacity as Chapter 7 Trustee ("Trustee"), upon a motion to reinstate the automatic stay in favor of Secured Creditor AVB Investment, LLC, with Michael A. Alfieri, Esq., appearing on behalf of Secured Creditor AVB Investment, LLC; and the parties having consented to the relief granted herein; and the Court having considered the representations of counsel and the agreement of the parties; and for good cause shown;

IT IS ON THIS       DAY OF              , 2025

ORDERED the Automatic Stay is reinstated as to the Secured Creditor, AVB Investment, LLC; and it is further

ORDERED that in the event the following properties are not sold by April 14, 2025, upon certification by the Secured Creditor's attorney, with notice to the Court and all relevant parties, the automatic stay shall be vacated, and relief shall be granted to Secured Creditor AVB Investment, LLC by further order of this Court;

(1) Boxwood Drive, Forked River, NJ 08731, Lot 5,6 &7, Block 354 (a/k/a 427 Boxwood Drive); and

(2) (2) Boxwood Drive, Forked River, NJ 08731, Lot 18.01, 19, 20 & 21, Block 353, (a/k/a 429 Boxwood Drive); and it is further

ORDERED that the payoffs provided by Secured Creditor, AVB Investment, LLC dated January 30, 2025, plus any additional accrued interest and applicable charges incurred until the loans are paid in full shall be deemed valid for the sale of the properties identified herein; and it is further

Page 3

DEBTOR: COASTAL CONSTRUCTION GROUP, LLC /CASE NO: 24-15203-MBK
CAPTION OF ORDER: CONSENT ORDER RESOLVING TRUSTEE'S MOTION
REINSTATING THE AUTOMATIC STAY RELATED TO AVB INVESTMENT, LLC

ORDERED that it is acknowledged and agreed that all appropriate parties received proper and adequate notice of Secured Creditor's motion for relief from the automatic stay filed under Document 34 in this matter and that no objections remain outstanding; and it is further

ORDERED that a copy of this Order be sent to all parties, herein within seven (7) days of filing;

WE HEREBY consent to the form and entry of the above:

/s/ Karen E. Bezner, Trustee
Karen E. Bezner,                          Date February 25, 2025
Chapter 7 Trustee


/s/ Michael A. Alfieri, Esq.
Michael A. Alfieri, Esq.                  Date: February 26, 2025
Attorney for Secured Creditor

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-15203-MBK
Coastal Construction Group, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Feb 28, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dana S. Plon | on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com |
| Daniel E. Straffi | on behalf of Debtor Coastal Construction Group  LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Edward Jacob Gruber | on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| George E Veitengruber, III | on behalf of Creditor 245 Hickory Lane  LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Joseph H. Lemkin | on behalf of Creditor Hanmi Bank jlemkin@stark-stark.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Alfieri
    on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Scott H. Bernstein
    on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14