|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**STARK & STARK, PC**<br>Joseph J. Lemkin, Esq.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619<br>Telephone (609) 791-7022<br>jlemkin@stark-stark.com<br><br>*Attorneys for Hanmi Bank* | Order Filed on March 14, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>COASTAL CONSTRUCTION GROUP, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case Nos. 24-15203 (MBK) |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC
STAY AND WAIVING THE STAY PURSUANT IMPOSED BY FRBP 4001(a)(3)**

The Relief set forth in the following pages two (2) is hereby **ORDERED**.

**DATED: March 14, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

**Caption: ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE STAY PURSUANT IMPOSED BY FRBP 4001(a)(3)**
**Case No. 24-15203 (MBK)**

Upon consideration of Hanmi Bank ("**Hanmi**") *Motion for Order Granting Relief From the Automatic Stay and For Waiver of Stay Pursuant to FRBP 4001(a)(3)* (the "**Motion**"), and it appearing to the Court that all the requirements of Sections 362 of Bankruptcy Code, as well as the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and after due deliberation and sufficient and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED and the stay is terminated to permit Hanmi to institute or resume and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to pursue the movant's rights in the following:

    *All Equipment financed to Debtor through its Installment Payment Agreement entered with Tech Finance Co., LLC, with the last four digits of 5-001, dated March 16, 2022 as further described in the Motion.*

2. The stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and this Order is immediately effective upon entry.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order.

4. It is further ORDERED that Hanmi may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

5. It is further ORDERED that Hanmi shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

6. Hanmi shall serve this order on the debtor, any trustee and any other party who

4907-0546-8433, v. 1

**Caption: ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE STAY PURSUANT IMPOSED BY FRBP 4001(a)(3)**
**Case No. 24-15203 (MBK)**

entered an appearance on the motion.

4907-0546-8433, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Coastal Construction Group, LLC  
    Debtor

Case No. 24-15203-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 14, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

**Name**      **Email Address**

Dana S. Plon  
     on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com

Daniel E. Straffi  
     on behalf of Debtor Coastal Construction Group  LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Edward Jacob Gruber  
     on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

George E Veitengruber, III  
     on behalf of Creditor 245 Hickory Lane  LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com

Joseph H. Lemkin  
     on behalf of Creditor Hanmi Bank jlemkin@stark-stark.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 14, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Alfieri
    on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Scott H. Bernstein
    on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14