UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.     The applicant, _____, is the (check all that apply):

☐   Trustee:          ☐   Chap. 7          ☐   Chap. 11          ☐   Chap. 13.

☐   Debtor:          ☐   Chap. 11          ☐   Chap. 13

☐   Official Committee of _____

2.     The applicant seeks to retain the following professional _____ to serve as (check all that apply):

☐   Attorney for:          ☐   Trustee          ☐   Debtor-in-Possession

☐   Official Committee of _____

☐   Accountant for:          ☐   Trustee          ☐   Debtor-in-possession

☐   Official Committee of _____

☐   Other Professional:

    ☐   Realtor    ☐   Appraiser    ☐   Special Counsel

    ☐   Auctioneer    ☐   Other (specify): _____

3.    The employment of the professional is necessary because:

_____

_____

_____

4.    The professional has been selected because:

_____

_____

_____

5.    The professional services to be rendered are as follows:

_____

_____

_____

6.    The proposed arrangement for compensation is as follows:

_____

_____

_____

7.    To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐   None

☐   Describe connection: _____

_____

_____

8.      To the best of the applicant's knowledge, the professional (check all that apply):

□   does not hold an adverse interest to the estate.

□   does not represent an adverse interest to the estate.

□   is a disinterested person under 11 U.S.C. § 101(14).

□   does not represent or hold any interest adverse to the debtor or the estate with respect

to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

□   Other; explain: _____

_____

_____

9.      If the professional is an auctioneer, appraiser or realtor, the location and  description of the

property is as follows: _____

_____

_____

The applicant respectfully requests authorization to employ the professional to render services in

accordance with this application, with compensation to be paid as an administrative expense in such

amounts as the Court may determine and allow.

Date: _____            _____

Signature of Applicant

*rev.8/1/15*

3