UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

COASTAL CONSTRUCTION GROUP, LLC,

Order Filed on April 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-15203

Chapter: 7

Judge: MBK

**ORDER AUTHORIZING RETENTION OF**

**ACCOUNTANTS TO TRUSTEE**

The relief set forth on the following page is **ORDERED**.

**DATED: April 3, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Bederson, LLP_____

as _____Accountants to the Trustee_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:   100 Passaic Avenue, Suite 310

                                         Fairfield, New Jersey  07004

                                         _____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper
        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

        ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
        13 case. Payment to the professional may only be made after satisfactory completion of
        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*