U.S. Department of Justice

Office of the United States Trustee

District of New Jersey

---

One Newark Center
Suite 2100
Newark, New Jersey 07102

Telephone: (973) 645-3014
Fax: (973) 645-5993

## NOTICE TO THE UNITED STATES TRUSTEE OF CHANGE OF NO ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following no asset Chapter 7 case should be designated as an asset Chapter 7 case:

NAME OF CASE:   COASTAL CONSTRUCTION GROUP, LLC
CASE NO.:       24-15203 (MBK)
AMOUNT OF FUNDS
ON HAND:        $100,000.00

IF THERE ARE NO FUNDS ON HAND BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATED VALUE OF THE ASSETS:

ACTUAL VALUE: _____
ESTIMATED VALUE: _____
OTHER INFORMATION RELATING TO STATUS OF CASE: _____

TRUSTEE:   /s/ Karen E. Bezner, Trustee
DATE:      04/17/2025