FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609-858-9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| CASE NUMBER: 24-15203-MBK | DATE FILED:: 5/22/24 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Coastal Construction Group, LLC<br><br>45-1843710 | ADDRESS OF DEBTOR(S):<br><br>235 Hickory Lane, Unit B<br>Bayville, NJ 08721 |
| DEBTOR'S ATTORNEY:<br>Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755<br><br>732-341-3800 | TRUSTEE:<br>Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076<br>(908) 322-8484 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

7/16/25

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy-forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: April 21, 2025

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

In re:  
Coastal Construction Group, LLC  
      Debtor

Case No. 24-15203-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: noa | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |
| cr | + | 245 Hickory Lane, LLC, P.O. Box 197, Bayville, NJ 08721-0197 |
| cr | + | AVB Investment LLC, 30 Freneau Avenue, Matawan, NJ 07747, UNITED STATES 07747-3390 |
| cr | + | American Builders & Contractors Supply Co., Inc. d, Law Offices of Scott H. Bernstein LLC, 101 Eisenhower Parkway, Suite #300, Roseland, NJ 07068-1054 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| sp | + | D'arcy Johnson Day, P.C., 204 Court House Lane, Toms River, NJ 08753-7666 |
| cr | + | Hanmi Bank, c/o Stark & Stark, P.C., 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| sp | + | Re/Max at Barnegat Bay, 221 Lacey Road, Forked River, NJ 08731-3507 |
| 520267737 | + | 245 Hickory Lane, LLC, 245 Hickory Lane, Bayville, NJ 08721-2253 |
| 520266952 | + | AVB Investment, LLC, 30 Freneau Avenue, Matawan, NJ 07747-3390 |
| 520266953 | + | AVB Investment, LLC, 431 Princeton Avenue, Brick, NJ 08724-4825 |
| 520524637 | + | American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply Co., Inc., c/o Law Offices of Scott H. Bernstein LL, 101 Eisenhower Parkway, Suite #300, Roseland, New Jersey 07068-1054 |
| 520266954 | + | Beacon Sales Acquisition, Inc., PO Box 415439, Boston, MA 02241-5439 |
| 520309171 | + | Coastal Construction Group, LLC, C/O Marvel & Maloney, PO Box 727, Neptune, NJ 07754-0727 |
| 520334911 | + | Hanmi Bank, Hemar, Rousso & Heald, LLP, c/o Raffi Khatchadourian, Esq., 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436-2829 |
| 520266956 | + | Hudson Law Offices, PC, 900 Route 168 Suite C-2, Blackwood, NJ 08012-3206 |
| 520266957 | + | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266959 | + | Larado Group, LLC, 353 Valley Road, Wood Ridge, NJ 07075-1246 |
| 520266960 | #+ | Law Office of Bart J. Klein, 2066 Millburn Avenue, Maplewood, NJ 07040-3722 |
| 520266961 | + | Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue PO Box 490, Oakhurst, NJ 07755-0490 |
| 520266962 | + | LePore & Luizzi, LLC, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520332764 | + | PNC Bank, N.A., Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520266965 | + | PNC Bank, NA, 655 Business Center Drive Suite 250, Horsham, PA 19044-3448 |
| 520294091 | + | Patrick and Keri Brady, 5 Adams Ct, Hamilton, NJ 08690-1830 |
| 520335669 | + | Stan Rajauski, 17 Thomas Eakins Way, Marlton, NJ 08053-7204 |
| 520266966 | + | Universal Supply Company, 1985 Rutgers Blvd., Lakewood, NJ 08701-4569 |
| 520266967 | + | Wanna Window, 158 S. Main Street, Manahawkin, NJ 08050-2854 |
| 520332763 | + | William B. Callahan / Robert E. Walton, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520266968 | + | William Piparo, 220 Franklin Avenue, Seaside Heights, NJ 08751-2426 |
| 520266969 | + | Woodhaven Lumber & Millwork, Inc., 725 Carol Avenue, Oakhurst, NJ 07755-2743 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2025 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: noa | Total Noticed: 39 |

|  |  |  | Apr 21 2025 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
|---|---|---|---|---|
| 520270871 | + | EDI: AISACG.COM | Apr 22 2025 00:59:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520282185 | + | EDI: AISACG.COM | Apr 22 2025 00:59:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520266950 |  | EDI: GMACFS.COM | Apr 22 2025 00:59:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266955 | ^ | MEBN | Apr 21 2025 21:24:51 | CT Corporation System, 330 N. Brand Blvd. Suite 700, Glendale, CA 91203-2336 |
| 520314532 |  | EDI: IRS.COM | Apr 22 2025 00:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520266963 | ^ | MEBN | Apr 21 2025 21:25:03 | Lien Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 520288686 | + | Email/Text: arbankruptcy@uline.com | Apr 21 2025 21:30:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Stan Rajauski, 17 Thomas Eakins Way, Marlton, NJ 08053-7204 |
| 520266951 | * | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266958 | *+ | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266964 | * | LIen Solutions, PO Box 29071, Glendale, CA 91209-9071 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana S. Plon | on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com |
| Daniel E. Straffi | on behalf of Debtor Coastal Construction Group LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 21, 2025 | Form ID: noa | Total Noticed: 39 |

Edward Jacob Gruber
    on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

George E Veitengruber, III
    on behalf of Creditor 245 Hickory Lane  LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com

Joseph H. Lemkin
    on behalf of Creditor Hanmi Bank jlemkin@stark-stark.com

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Alfieri
    on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Scott H. Bernstein
    on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14