**Fill in this information to identify the case:**

Debtor name: **Coastal Construction Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): **3:24-bk-15203**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*    **E/F**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 28, 2025**          X  **/s/   Dean Rado**
                                            Signature of individual signing on behalf of debtor

                                            **Dean Rado**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Coastal Construction Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **3:24-bk-15203** |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                                 12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $ **150,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................  $ **142,642.16**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................  $ **292,642.16**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ **953,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ **454,570.72**

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                             $ **1,407,570.72**

**Fill in this information to identify the case:**

Debtor name: **Coastal Construction Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): **3:24-bk-15203**

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> Amy Novia <br> 310 Richard Road <br> Forked River, NJ 08731 <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  _ <br> Is the claim subject to offset?    ☒ No    ☐ Yes | **Unknown** |
| **3.2** **Nonpriority creditor's name and mailing address** <br> Ida Zambrzycki <br> 1117 Laurel Blvd. <br> Lanoka Harbor, NJ 08734 <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  _ <br> Is the claim subject to offset?    ☒ No    ☐ Yes | **Unknown** |
| **3.3** **Nonpriority creditor's name and mailing address** <br> Mary Jo Cravo <br> 10 Nathalie Drive <br> Bayville, NJ 08721 <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  _ <br> Is the claim subject to offset?    ☒ No    ☐ Yes | **Unknown** |
| **3.4** **Nonpriority creditor's name and mailing address** <br> Noel Cravo <br> 10 Nathalie Drive <br> Bayville, NJ 08721 <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  _ <br> Is the claim subject to offset?    ☒ No    ☐ Yes | **Unknown** |
| **3.5** **Nonpriority creditor's name and mailing address** <br> Pat Novia <br> 310 Richard Road <br> Forked River, NJ 08731 <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  _ <br> Is the claim subject to offset?    ☒ No    ☐ Yes | **Unknown** |

| Debtor | **Coastal Construction Group, LLC** | Case number (if known) | **3:24-bk-15203** |
|---|---|---|---|
| | Name | | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

# United States Bankruptcy Court
### District of New Jersey

In re  **Coastal Construction Group, LLC**                                Case No.  **3:24-bk-15203**
                          Debtor(s)                                        Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 28, 2025**                     **/s/ Dean Rado**
                                             **Dean Rado**/**Managing Member**
                                             Signer/Title

Amy Novia
310 Richard Road
Forked River, NJ 08731


Ida Zambrzycki
1117 Laurel Blvd.
Lanoka Harbor, NJ 08734


Mary Jo Cravo
10 Nathalie Drive
Bayville, NJ 08721


Noel Cravo
10 Nathalie Drive
Bayville, NJ 08721


Pat Novia
310 Richard Road
Forked River, NJ 08731