# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: COASTAL CONSTRUCTION GROUP, LLC<br>*Debtor,* | Case No.: 24-15203 (mbk)<br><br>Chapter 7<br><br>Judge: Hon. Michael B. Kaplan |

### ENTRY OF APPEARANCE

To:   The Clerk of the Court and all parties of Record

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned matter as Counsel for PNC Bank, N.A., and requests copies of all notices, pleadings, and other papers filed in this matter be served upon the undersigned pursuant to Rule 2002.

The undersigned certifies that he is admitted to practice before this Court.

Respectfully submitted,

_____
Jonathan F. McCrosson, Esquire
McCROSSON & STANTON, PC
NJ Attorney ID: 206992017
200 Asbury Ave, Ocean City, NJ 08226
P: 609-399-2411
F: 609-293-3578
JFM@McCrossonStantonLaw.com

Attorney for PNC Bank, N.A.

Dated:   July 28, 2025