Jonathan F. McCrosson, Esquire
ID No. 206992017
McCrosson & Stanton, P.C.
200 Asbury Ave
Ocean City, NJ 08226
(609) 399-2411
Attorney for PNC Bank, N.A.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: COASTAL CONSTRUCTION GROUP, LLC<br>*Debtor* | ) Case No. 24-15203 (mbk)<br>) Chapter 7<br>) Hearing Date:<br>)<br>) MOTION OF PNC BANK, N.A. FOR<br>) RELIEF FROM THE AUTOMATIC<br>) STAY |

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused to be served, on the 28 day of July, 2025, a copy of the attached Motion of PNC Bank, N.A. for Relief from the Automatic Stay, upon each of the following persons at the addresses shown below via first-class mail, postage prepaid.

Daniel E. Straffi, Esquire
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755

Coastal Construction
Group, LLC
235 Hickory Lane, Unit B
Bayville, NJ 08721

Karen E. Bezner, Trustee
567 Park Avenue,
Suite 103
Scotch Plains, NJ 07076

United States Trustee
Office of the United
States Trustee
Attn: Lauren Bielskie
One Newark Center
Suite 2100
Newark, NJ 07102

Jonathan F. McCrosson,
Attorney for PNC Bank, N.A.

381594 v1