| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Dorothy McCrosson, Esq,<br>McCrosson & Stanton, P.C.<br>200 Asbury Ave<br>Ocean City, NJ 08226<br>Telephone: (609) 399-2411<br>Attorney for PNC Bank, N.A. | Order Filed on August 21, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>COASTAL CONSTRUCTION GROUP, LLC<br>Debtor | Case No. 24-15203 (mbk)<br><br>Adv. No.:<br><br>Hearing Date: August 21, 2025<br><br>Judge: Hon. Michael B. Kaplan |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 21, 2025**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

381594 v1

Debtor: COASTAL CONSTRUCTION GROUP, LLC
Case No.: 24-15203 (mbk)
Caption of Order: Order Vacating Stay

Upon the motion of PNC Bank, N.A. ("PNC"), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☐ Real property more fully described as:
- ☒ Personal property more fully described as:

One (1) Bobcat T64 Compact Track Loader, Serial Number B4SD12547

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

381594 v1