UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Coastal Construction Group, LLC

Case No.: 24-15203
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __December 18, 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Trustee abandons notice of unpaid balance (NUB) filed by debtor on 7/15/24 with the Clerk of Ocean County for $48,785, Instrument No. 2024051384, OR BK 19735PG 1615 against Matthew Lawrence & Melissa Todero aka Melissa Lawrence at 109 Cox Rd., Barnegat, NJ, Block 92.17, Lot 45

Liens on property: Debtor failed to file a construction lien, and failed to file suit within one (1) year as required by N.J.S.A. 2A:44A-1 et. seq. NUB is of no further force and effect

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 24-15203-MBK
Coastal Construction Group, LLC                                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                                  Page 1 of 3
Date Rcvd: Nov 17, 2025                           Form ID: pdf905                                              Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coastal Construction Group, LLC, 235 Hickory Lane, Unit B, Bayville, NJ 08721-2254 |
| aty | + | PNC BANK, N.A., McCrosson & Stanton, PC, 200 Asbury Ave, Ocean City, NJ 08226-4122 |
| cr | + | 245 Hickory Lane, LLC, P.O. Box 197, Bayville, NJ 08721-0197 |
| cr | + | AVB Investment LLC, 30 Freneau Avenue, Matawan, NJ 07747, UNITED STATES 07747-3390 |
| cr | + | American Builders & Contractors Supply Co., Inc. d, Law Offices of Scott H. Bernstein LLC, 101 Eisenhower Parkway, Suite #300, Roseland, NJ 07068-1054 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| sp | + | D'arcy Johnson Day, P.C., 204 Court House Lane, Toms River, NJ 08753-7666 |
| cr | + | Hanmi Bank, c/o Stark & Stark, P.C., 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| sp | + | Re/Max at Barnegat Bay, 221 Lacey Road, Forked River, NJ 08731-3507 |
| 520267737 | + | 245 Hickory Lane, LLC, 245 Hickory Lane, Bayville, NJ 08721-2253 |
| 520266952 | + | AVB Investment, LLC, 30 Freneau Avenue, Matawan, NJ 07747-3390 |
| 520266953 | + | AVB Investment, LLC, 431 Princeton Avenue, Brick, NJ 08724-4825 |
| 520524637 | + | American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply Co., Inc., c/o Law Offices of Scott H. Bernstein LL, 101 Eisenhower Parkway, Suite #300, Roseland, New Jersey 07068-1054 |
| 520667363 | + | Amy Novia, 310 Richard Road, Forked River, NJ 08731-5101 |
| 520266954 | + | Beacon Sales Acquisition, Inc., PO Box 415439, Boston, MA 02241-5439 |
| 520727113 | + | Chamaleon Painting & Molding Corporation, H. Benjamin Sharlin, Esquire, 4 Princess Road, Building 200, Suite 204, LAWRENCEVILLE, NJ 08648-2322 |
| 520309171 | + | Coastal Construction Group, LLC, C/O Marvel & Maloney, PO Box 727, Neptune, NJ 07754-0727 |
| 520746304 | + | Frank Zambrzycki, LAW OFFICES OF VITO C. DeMAIO, 228 Main Street, Toms River, NJ 08753-7417 |
| 520334911 | + | Hanmi Bank, Hemar, Rousso & Heald, LLP, c/o Raffi Khatchadourian, Esq., 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436-2829 |
| 520266956 | + | Hudson Law Offices, PC, 900 Route 168 Suite C-2, Blackwood, NJ 08012-3206 |
| 520667364 | + | Ida Zambrzycki, 1117 Laurel Blvd., Lanoka Harbor, NJ 08734-2903 |
| 520266957 | + | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266959 | + | Larado Group, LLC, 353 Valley Road, Wood Ridge, NJ 07075-1246 |
| 520266961 | + | Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue PO Box 490, Oakhurst, NJ 07755-0490 |
| 520266962 | + | LePore & Luizzi, LLC, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520667365 | + | Mary Jo Cravo, 10 Nathalie Drive, Bayville, NJ 08721-1269 |
| 520667366 | + | Noel Cravo, 10 Nathalie Drive, Bayville, NJ 08721-1269 |
| 520332764 | + | PNC Bank, N.A., Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520667367 | + | Pat Novia, 310 Richard Road, Forked River, NJ 08731-5101 |
| 520294091 | + | Patrick and Keri Brady, 5 Adams Ct, Hamilton, NJ 08690-1830 |
| 520335669 | + | Stan Rajauski, 17 Thomas Eakins Way, Marlton, NJ 08053-7204 |
| 520266966 | + | Universal Supply Company, 1985 Rutgers Blvd., Lakewood, NJ 08701-4569 |
| 520746274 | + | Vito C. DeMaio, Esq., LAW OFFICES OF VITO C. DeMAIO, 228 Main Street, Toms River, NJ 08753-7417 |
| 520266967 | + | Wanna Window, 158 S. Main Street, Manahawkin, NJ 08050-2854 |
| 520332763 | + | William B. Callahan / Robert E. Walton, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 520266968 | + | William Piparo, 220 Franklin Avenue, Seaside Heights, NJ 08751-2426 |
| 520266969 | + | Woodhaven Lumber & Millwork, Inc., 725 Carol Avenue, Oakhurst, NJ 07755-2743 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: pdf905 | Total Noticed: 47 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520270871 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2025 21:09:49 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520282185 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2025 21:32:54 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520266950 | Email/Text: ally@ebn.phinsolutions.com | Nov 17 2025 20:59:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266955 | ^ MEBN | Nov 17 2025 20:58:47 | CT Corporation System, 330 N. Brand Blvd. Suite 700, Glendale, CA 91203-2336 |
| 520314532 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2025 21:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520266963 | ^ MEBN | Nov 17 2025 20:58:02 | Lien Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 520266965 | ^ MEBN | Nov 17 2025 20:58:20 | PNC Bank, NA, 655 Business Center Drive Suite 250, Horsham, PA 19044-3448 |
| 520288686 | + Email/Text: arbankruptcy@uline.com | Nov 17 2025 21:00:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Stan Rajauski, 17 Thomas Eakins Way, Marlton, NJ 08053-7204 |
| 520266951 | * | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520266958 | *+ | John James, 2929 Allen Parkway, Suite 3300, Houston, TX 77019-7112 |
| 520266964 | * | LIen Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 520266960 | ##+ | Law Office of Bart J. Klein, 2066 Millburn Avenue, Maplewood, NJ 07040-3722 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dana S. Plon | on behalf of Creditor Stan Rajauski dplon@sirlinlaw.com |
| Daniel E. Straffi | on behalf of Debtor Coastal Construction Group LLC bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Edward Jacob Gruber | on behalf of Creditor Stan Rajauski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| George E Veitengruber, III | on behalf of Creditor 245 Hickory Lane LLC bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Jonathan F. McCrosson | on behalf of Attorney PNC BANK N.A. JFM@McCrossonStantonLaw.com |
| Joseph H. Lemkin | on behalf of Creditor Hanmi Bank jlemkin@stark-stark.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Alfieri | on behalf of Creditor AVB Investment LLC vdumani@malfierilaw.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com |
| Scott H. Bernstein | on behalf of Creditor American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15