**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | In Proceedings for Liquidation |
| In the Matter of: | : | under Chapter 7 of the Bankruptcy |
| | : | Code |
| COASTAL CONSTRUCTION | : | |
| GROUP, LLC, | : | Hon. Michael B. Kaplan, U.S.B.J. |
| | : | |
| Debtor. | : | Bankruptcy No. 24-15203 |
| | : | |
| | : | |

TRUSTEE'S REPORT OF CLOSING

Karen E. Bezner, Chapter 7 Trustee, by way of report of closing, states as follows:

1)      By Order dated March 14, 2025, I was authorized to sell the real property at 429 Boxwood Drive and 427 Boxwood Drive, Forked River, New Jersey to Wrazen Homes, LLC for the purchase price of $161,000.00 and $175,000.00.

2)      That sale closed on April 10, 2025.  A true copy of the Settlement Statement is annexed hereto

**KAREN E. BEZNER, ESQ.**
Counsel for Karen E. Bezner, Trustee

By:  /s/ Karen E. Bezner
      Karen E. Bezner

Dated:  June 5, 2026