

| B. Type of Loan | | | |
|---|---|---|---|
| 1.☐ FHA 2.☐ RHS 3.☐ Conv. Unins<br>4.☐ VA 5.☐ Conv. Ins 6.☐ Commercial | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |

C. **Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>WRAZEN CUSTOM HOMES LLC<br>3062 WILBUR AVE.<br>MANCHESTER, NJ 08759 | E. Name & Address of Seller:<br>COASTAL CONSTRUCTION GROUP LLC<br>235 HICKORY LANE, UNIT B<br>BAYVILLE, NJ 08721 | F. Name & Address of Lender:<br>N/A |
|---|---|---|
| G. Property Location:<br>427 BOXWOOD DRIVE<br>FORKED RIVER, NJ 08731<br><br>Lot: 5, 6 & 7<br><br>Block: 354 | H. Settlement Agent:<br>JOHN J. MENSCHING, ESQ.<br>1200 Hooper Ave.<br>Toms River, NJ 08753<br><br>Place of Settlement:<br>1200 Hooper Ave.<br>Toms River, NJ 08753 | TIN: 45-4918409<br><br>Phone: (732) 244-3700<br><br>I. Settlement Date: 4/10/2025<br><br>Funding Date:  4/10/2025 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 175,000.00 | 401. Contract sales price | 175,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,573.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes: | | 406. City/town taxes: | |
| to | | to | |
| 107. County taxes: | | 407. County taxes: | |
| to | | to | |
| 108. Assessments: | | 408. Assessments: | |
| to | | to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 179,573.00 | **420. Gross Amount Due To Seller** | 175,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | 10,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 12,752.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 93,471.14 |
| | | to AVB INVESTMENT, LLC | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. LACEY TOWNSHIP TAX COL 25-00064 | 2,767.15 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes: 4/1/2025-4/10/2025 | 48.32 | 510. City/town taxes: 4/1/2025-4/10/2025 | 48.32 |
| to LACEY TOWNSHIP TAX COLLECTOR | | to LACEY TOWNSHIP TAX COLLECTOR | |
| 211. County taxes: | | 511. County taxes: | |
| to | | to | |
| 212. Assessments: | | 512. Assessments: | |
| to | | to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 10,048.32 | **520. Total Reduction Amount Due Seller** | 109,039.11 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | 179,573.00 | 601. Gross amount due to seller (line 420) | 175,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 10,048.32 | 602. Less reductions in amount due seller (line 520) | 109,039.11 |
| **303. Cash ☒ From ☐ To Borrower** | 169,524.68 | **603. Cash ☒ To ☐ From Seller** | 65,960.89 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| L. Settlement Charges | File Number:    Loan Number | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $3,500.00          to CAPLAN REALTY ASSOCIATES, LLC | | | | |
| 702. $5,250.00          to REMAX AT BARNEGAT BAY | | | | |
| 703. Commission paid at settlement | | | | 8,750.00 |
| 704. | | | | |
| **800. Items Payable In Connection With Loan** | | | | |
| 801. Our origination charge | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges N/A | | (from GFE A) | | |
| 804. Appraisal fee to | | (from GFE #3) | | |
| 805. Credit report to | | (from GFE #3) | | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification | | (from GFE #3) | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | |
| 901. Daily interest charges from 4/10/2025 to 5/1/2025 @ $ /day | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | (from GFE #11) | | |
| 904. | | | | |
| 905. | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance | months @        per mo | $ | | |
| 1003. Mortgage insurance | months @        per mo | $ | | |
| 1004. Property taxes | months @        per mo | $ | | |
| 1005. | months @        per mo | $ | | |
| 1006. | months @        per mo | $ | | |
| 1007. Aggregate Adjustment | | $0.00 | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 500.00 | |
| 1102. Settlement or closing fee MENSCHING & LUCARINI | | $500.00 | | |
| 1103. Owner's title insurance TRIDENT ABSTRACT TITLE AGENCY TA-160242 | | (from GFE #5) | 1,548.00 | |
| 1104. Lender's title insurance | | | | |
| 1105. Lender's title policy limit | $ | | | |
| 1106. Owner's title policy limit | $ | | | |
| 1107. Agent's portion of the total insurance premium | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | $ | | | |
| 1109. LEGAL SERVICES RENDERED to MENSCHING & LUCARINI | | | 1,150.00 | |
| 1110. DOCUMENT PREP to MENSCHING & LUCARINI | | | 750.00 | |
| 1111. | | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges | | (from GFE #7) | 475.00 | |
| 1202. Deed $175.00          Mortgage $300.00          Release $100.00 | | | | 100.00 |
| 1203. Transfer taxes | | (from GFE #8) | | |
| 1204. City/County tax/stamps: Deed $          Mortgage $ | | | | |
| 1205. State tax/stamps: Deed $767.50          Mortgage $ | | | | 767.50 |
| 1206. | | $ | | |
| 1207. | | $ | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. 1ST QTR PAID to LACEY TOWNSHIP TAX COLLECTOR | | | | |
| 1303. DOC PREP to SHORE SETTLEMENT SERVICES | | | | 400.00 |
| 1304. LEGAL FEE to D'ARCY JOHNSON DAY | | | | 2,500.00 |
| 1305. OVERNIGHTS to D'ARCY JOHNSON DAY | | | | 60.00 |
| 1306. | | | | |
| 1307. OVERNIGHT/WIRE FEES to MENSCHING & LUCARINI | | | 25.00 | 175.00 |
| 1308. ADMINISTRATIVE FEE to MENSCHING & LUCARINI | | | 125.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | 4,573.00 | 12,752.50 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

WRAZEN CUSTOM HOMES LLC          Buyer/Borrower          COASTAL CONSTRUCTION GROUP LLC          Seller

_____          Buyer/Borrower          _____          Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

JOHN J. MENSCHING, ESQ.          Settlement Agent          Date          4/10/2025

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.

| L. Settlement Charges | File Number: | Loan Number: | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. $3,500.00 to CAPLAN REALTY ASSOCIATES, LLC | | | | | |
| 702. $5,250.00 to REMAX AT BARNEGAT BAY | | | | | |
| 703. Commission paid at settlement | | | | | 3,750.00 |
| 704. | | | | | |
| 800. Items Payable In Connection With Loan | | | | | |
| 801. Our origination charge | | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges N/A | | | (from GFE A) | | |
| 804. Appraisal fee to | | | (from GFE #3) | | |
| 805. Credit report to | | | (from GFE #3) | | |
| 806. Tax service to | | | (from GFE #3) | | |
| 807. Flood certification | | | (from GFE #3) | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | | |
| 901. Daily interest charges from 4/10/2025 to 5/1/2025 @ $ /day | | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | | (from GFE #11) | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. Reserves Deposited With Lender | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE #9) | | |
| 1002. Homeowner's insurance | months 2 | per mo | $ | | |
| 1003. Mortgage insurance | months 2 | per mo | $ | | |
| 1004. Property taxes | months 2 | per mo | $ | | |
| 1005. | months P | per mo | $ | | |
| 1006. | months 9 | per mo | $ | | |
| 1007. Aggregate Adjustment | | | $0.00 | | |
| 1100. Title Charges | | | | | |
| 1101. Title services and lender's title insurance | | | (from GFE #4) | 500.00 | |
| 1102. Settlement or closing fee MENSCHING & LUCARINI | | | $200.00 | | |
| 1103. Owner's title insurance TRIDENT ABSTRACT TITLE AGENCY TA-161242 | | | (from GFE #5) | 1,545.00 | |
| 1104. Lender's title insurance | | | | | |
| 1105. Lender's title policy limit | | $ | | | |
| 1106. Owner's title policy limit | | $ | | | |
| 1107. Agent's portion of the total insurance premium | | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | | $ | | | |
| 1109. LEGAL SERVICES RENDERED to MENSCHING & LUCARINI | | | | 1,150.00 | |
| 1110. DOCUMENT PREP to MENSCHING & LUCARINI | | | | 750.00 | |
| 1111. | | | | | |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Government recording charges | | | (from GFE #7) | 475.00 | |
| 1202. Deed $175.00 | Mortgage $300.00 | Release $100.00 | | | 100.00 |
| 1203. Transfer taxes | | | (from GFE #8) | | |
| 1204. City/County tax/stamps: Deed $ | | Mortgage $ | | | |
| 1205. State tax/stamps: Deed $747.50 | | Mortgage $ | | | 747.50 |
| 1206. | | | $ | | |
| 1207. | | | $ | | |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Required services that you can shop for | | | (from GFE #6) | | |
| 1302. 1ST QTR PAID to LACEY TOWNSHIP TAX COLLECTOR | | | | | |
| 1303. DOC PREP to SHORE SETTLEMENT SERVICES | | | | | 450.00 |
| 1304. LEGAL FEE to D'ARCY JOHNSON DAY | | | | | 2,500.00 |
| 1305. OVERNIGHTS to D'ARCY JOHNSON DAY | | | | | 60.00 |
| 1306. | | | | | |
| 1307. OVERNIGHT/WIRE FEES to MENSCHING & LUCARINI | | | | 25.00 | 175.00 |
| 1308. ADMINISTRATIVE FEE to MENSCHING & LUCARINI | | | | 125.00 | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | 4,573.00 | 12,760.50 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

KRAZEN CUSTOM HOMES LLC _____ Buyer/Borrower    COASTAL CONSTRUCTION GROUP LLC _____ Seller

_____ Buyer/Borrower    _____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____ 4/15/2025
JOHN J. MENSCHING, ESQ.    Settlement Agent    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.

© 2009-2024 Easysoft. Previous editions are obsolete.    Page 2 of 3    HUD-1

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
| --- | --- | --- | --- |
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge | #801 | 0.00 | 0.00 |
| Your credit or charge (points) for the specific rate chosen | #802 | 0.00 | 0.00 |
| Your adjusted origination charges | #803 | 0.00 | 0.00 |
| Transfer taxes | #1203 | 0.00 | 0.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
| --- | --- | --- | --- |
| Government recording charges | #1201 | 0.00 | 475.00 |

| | Good Faith Estimate | HUD-1 |
| --- | --- | --- |
| Total | 0.00 | 475.00 |
| Increase between GFE and HUD-1 Charges | 475.00 | |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
| --- | --- | --- | --- |
| Initial deposit for your escrow account | #1001 | 0.00 | 0.00 |
| Daily interest charges | #901 | 0.00 | 0.00 |
| Homeowner's insurance | #903 | 0.00 | 0.00 |

## Loan Terms

| | |
| --- | --- |
| Your initial loan amount is | $ |
| Your loan term is | Years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☒ No. ☐ Yes, it can rise to a maximum of %. The first change will be on and can change again every after . Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| Even if you make payments on time, can your loan balance rise? | ☒ No. ☐ Yes, it can rise to a maximum of $ . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No. ☐ Yes, the first increase can be on and the monthly amount owed can rise to $ . The maximum it can ever rise to is $ . |
| Does your loan have a prepayment penalty? | ☒ No. ☐ Yes, your maximum prepayment penalty is $ . |
| Does your loan have a balloon payment? | ☒ No. ☐ Yes, you have a balloon payment of $ due in years on . |
| Total monthly amount owed including escrow account payments | ☒ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of $ that results in a total initial monthly amount owed of $ . This includes principal, interest, any mortgage insurance and any items checked below:<br>☐ Property taxes ☐ Homeowner's insurance<br>☐ Flood Insurance ☐<br>☐ ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

© 2009-2024 Easysoft. Previous editions are obsolete.    Page 3 of 3    HUD-1


**A. Settlement Statement (HUD-1)**

| B. Type of Loan | | | |
|---|---|---|---|
| 1.☐ FHA  2.☐ RHS  3.☐ Conv. Unins<br>4.☐ VA  5.☐ Conv. Ins  6.☐ Commercial | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |

C. **Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| WRAZEN CUSTOM HOMES LLC<br>3062 WILBUR AVE.<br>MANCHESTER, NJ 08759 | COASTAL CONSTRUCTION GROUP LLC<br>235 HICKORY LANE, UNIT B<br>BAYVILLE, NJ 08721 | N/A |

| G. Property Location:<br>429 BOXWOOD DRIVE<br>FORKED RIVER, NJ 08731<br><br>Lot: 18.01 (19, 20, 21)<br><br>Block: 353 | H. Settlement Agent:<br>JOHN J. MENSCHING, ESQ.<br>1200 Hooper Ave.<br>Toms River, NJ 08753 | TIN: 45-4918409<br><br>Phone: (732) 244-3700 |
|---|---|---|
| | Place of Settlement:<br>1200 Hooper Ave.<br>Toms River, NJ 08753 | I. Settlement Date: 4/10/2025<br><br>Funding Date:    4/10/2025 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 161,000.00 | 401. Contract sales price | 161,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 3,765.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes: | | 406. City/town taxes: | |
| to | | to | |
| 107. County taxes: | | 407. County taxes: | |
| to | | to | |
| 108. Assessments: | | 408. Assessments: | |
| to | | to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 164,765.00 | **420. Gross Amount Due To Seller** | 161,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | 10,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 11,958.70 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 94,539.17 |
| | | to AVB INVESTMENT, LLC | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. LACEY TOWNSHIP TAX COL 25-00063 | 3,486.50 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes: 4/1/2025-4/10/2025 | 60.44 | 510. City/town taxes: 4/1/2025-4/10/2025 | 60.44 |
| to LACEY TOWNSHIP TAX COLLECTOR | | to LACEY TOWNSHIP TAX COLLECTOR | |
| 211. County taxes: | | 511. County taxes: | |
| to | | to | |
| 212. Assessments: | | 512. Assessments: | |
| to | | to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **Total Paid By/For Borrower** | 10,060.44 | **520. Total Reduction Amount Due Seller** | 110,044.81 |
| **Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| Gross Amount due from borrower (line 120) | 164,765.00 | 601. Gross amount due to seller (line 420) | 161,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 10,060.44 | 602. Less reductions in amount due seller (line 520) | 110,044.81 |
| **303. Cash ☒ From  ☐ To  Borrower** | 154,704.56 | **603. Cash ☒ To  ☐ From Seller** | 50,955.19 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

© 2009-2024 Easysoft. Previous editions are obsolete.                Page 1 of 3                HUD-1

| L. Settlement Charges | File Number: | Loan Number: | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $3,070.00    to CAPLAN REALTY ASSOCIATES, LLC | | | | |
| 702. $4,980.00    to REMAX AT BARNEGAT BAY | | | | |
| 703. Commission paid at settlement | | | | 8,050.00 |
| 704. | | | | |
| **800. Items Payable In Connection With Loan** | | | | |
| 801. Our origination charge | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges N/A | | (from GFE A) | | |
| 804. Appraisal fee to | | (from GFE #3) | | |
| 805. Credit report to | | (from GFE #3) | | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification | | (from GFE #3) | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | |
| 901. Daily interest charges from 4/10/2025 to 5/1/2025 @ $ /day | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | (from GFE #11) | | |
| 904. | | | | |
| 905. | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance    months @    per mo | $ | | | |
| 1003. Mortgage insurance    months @    per mo | $ | | | |
| 1004. Property taxes    months @    per mo | $ | | | |
| 1005.    months @    per mo | $ | | | |
| 1006.    months @    per mo | $ | | | |
| 1007. Aggregate Adjustment | $0.00 | | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 500.00 | |
| 1102. Settlement or closing fee MENSCHING & LUCARINI | $500.00 | | | |
| 1103. Owner's title insurance TRIDENT ABSTRACT TITLE AGENCY TA-160200 | | (from GFE #5) | 1,490.00 | |
| 1104. Lender's title insurance | | | | |
| 1105. Lender's title policy limit | $ | | | |
| 1106. Owner's title policy limit | $ | | | |
| 1107. Agent's portion of the total insurance premium | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | $ | | | |
| 1109. LEGAL SERVICES RENDERED to MENSCHING & LUCARINI | | | 1,150.00 | |
| 1110. | | | | |
| 1111. | | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges | | (from GFE #7) | 475.00 | |
| 1202. Deed $175.00    Mortgage $300.00    Release $100.00 | | | | 100.00 |
| 1203. Transfer taxes | | (from GFE #8) | | |
| 1204. City/County tax/stamps: Deed $    Mortgage $ | | | | |
| 1205. State tax/stamps: Deed $673.70    Mortgage $ | | | | 673.70 |
| 1206. | $ | | | |
| 1207. | $ | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. 1ST QTR PAID to LACEY TOWNSHIP TAX COLLECTOR | | | | |
| 1303. DOC PREP to SHORE SETTLEMENT SERVICES | | | | 400.00 |
| 1304. LEGAL FEE to D'ARCY JOHNSON DAY | | | | 2,500.00 |
| 1305. OVERNIGHTS to D'ARCY JOHNSON DAY | | | | 60.00 |
| 1306. | | | | |
| 1307. OVERNIGHT/WIRE/CERT CK FEES to MENSCHING & LUCARINI | | | 25.00 | 175.00 |
| 1308. ADMINISTRATIVE FEE to MENSCHING & LUCARINI | | | 125.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | 3,765.00 | 11,958.70 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

| | | |
|---|---|---|
| WRAZEN CUSTOM HOMES LLC | Buyer/Borrower | COASTAL CONSTRUCTION GROUP LLC | Seller |
| | Buyer/Borrower | | Seller |

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

JOHN J. MENSCHING, ESQ.      Settlement Agent      Date    4/10/2025

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.

Case 24-15203-MBK   Doc 100-1   Filed 06/05/26   Entered 06/05/26 14:05:00   Desc
Exhibit   Page 7 of 8

| L. Settlement Charges | File Number: | Loan Number: | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. $3,070.00 | to CAPLAN REALTY ASSOCIATES, LLC | | | | |
| 702. $4,980.00 | to REMAX AT BARNEGAT BAY | | | | |
| 703. Commission paid at settlement | | | | | 8,050.00 |
| 704. | | | | | |
| **800. Items Payable In Connection With Loan** | | | | | |
| 801. Our origination charge | | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges N/A | | | (from GFE A) | | |
| 804. Appraisal fee to | | | (from GFE #3) | | |
| 805. Credit report to | | | (from GFE #3) | | |
| 806. Tax service to | | | (from GFE #3) | | |
| 807. Flood certification | | | (from GFE #3) | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | | |
| 901. Daily interest charges from 4/10/2025 to 5/1/2025 $ $ /day | | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | | (from GFE #11) | | |
| 904. | | | | | |
| 905. | | | | | |
| **1000. Reserves Deposited With Lender** | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE #9) | | |
| 1002. Homeowner's insurance | months $ | per mo | $ | | |
| 1003. Mortgage insurance | months $ | per mo | $ | | |
| 1004. Property taxes | months $ | per mo | $ | | |
| 1005. | months $ | per mo | $ | | |
| 1006. | months $ | per mo | $ | | |
| 1007. Aggregate Adjustment | | | $0.00 | | |
| **1100. Title Charges** | | | | | |
| 1101. Title services and lender's title insurance | | | (from GFE #4) | 500.00 | |
| 1102. Settlement or closing fee MENSCHING & LUCARINI | | | $500.00 | | |
| 1103. Owner's title insurance TRIDENT ABSTRACT TITLE AGENCY TA-160200 | | | (from GFE #5) | 1,415.00 | |
| 1104. Lender's title insurance | | | | | |
| 1105. Lender's title policy limit | | $ | | | |
| 1106. Owner's title policy limit | | $ | | | |
| 1107. Agent's portion of the total insurance premium | | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | | $ | | | |
| 1109. LEGAL SERVICES RENDERED to MENSCHING & LUCARINI | | | | 1,150.00 | |
| 1110. | | | | | |
| 1111. | | | | | |
| **1200. Government Recording and Transfer Charges** | | | | | |
| 1201. Government recording charges | | | (from GFE #7) | 175.00 | |
| 1202. Deed $175.00 | Mortgage $ | Release $100.00 | | | 100.00 |
| 1203. Transfer taxes | | | (from GFE #8) | | |
| 1204. City/County tax/stamps: Deed $ | | Mortgage $ | | | |
| 1205. State tax/stamps: Deed $673.75 | | Mortgage $ | | | 673.75 |
| 1206. | | | $ | | |
| 1207. | | | $ | | |
| **1300. Additional Settlement Charges** | | | | | |
| 1301. Required services that you can shop for | | | (from GFE #6) | | |
| 1302. | | | | | |
| 1303. DOC PREP to SHORE SETTLEMENT SERVICES | | | | | 400.00 |
| 1304. LEGAL FEE to D'ARCY JOHNSON DAY | | | | | 2,500.00 |
| 1305. OVERNIGHTS to D'ARCY JOHNSON DAY | | | | | 60.00 |
| 1306. | | | | | |
| 1307. OVERNIGHT/WIRE/CERT CK FEES to MENSCHING & LUCARINI | | | | 25.00 | 175.00 |
| 1308. ADMINISTRATIVE FEE to MENSCHING & LUCARINI | | | | 125.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | | 3,390.00 | 11,958.75 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

WRAZEN CUSTOM HOMES LLC                    Buyer/Borrower        COASTAL CONSTRUCTION GROUP LLC        Seller

_____          Buyer/Borrower        By_____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                    4/10/2025
JOHN J. MENSCHING, ESC.            Settlement Agent        Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.

© 2009-2024 Easysoft. Previous editions are obsolete.            Page 2 of 3            HUD-1

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
| --- | --- | --- | --- |
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge | #801 | 0.00 | 0.00 |
| Your credit or charge (points) for the specific rate chosen | #802 | 0.00 | 0.00 |
| Your adjusted origination charges | #803 | 0.00 | 0.00 |
| Transfer taxes | #1203 | 0.00 | 0.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
| --- | --- | --- | --- |
| Government recording charges | #1201 | 0.00 | 175.00 |
| | Total | 0.00 | 175.00 |
| Increase between GFE and HUD-1 Charges | | 175.00 | |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
| --- | --- | --- | --- |
| Initial deposit for your escrow account | #1001 | 0.00 | 0.00 |
| Daily interest charges | #901 | 0.00 | 0.00 |
| Homeowner's insurance | #903 | 0.00 | 0.00 |

**Loan Terms**

| | |
| --- | --- |
| Your initial loan amount is | $ |
| Your loan term is | Years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☒ No. ☐ Yes, it can rise to a maximum of  %. The first change will be on  and can change again every  after  . Every change date, your interest rate can increase or decrease by  %. Over the life of the loan, your interest rate is guaranteed to never be lower than  % or higher than  %. |
| Even if you make payments on time, can your loan balance rise? | ☒ No. ☐ Yes, it can rise to a maximum of $  . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No. ☐ Yes, the first increase can be on  and the monthly amount owed can rise to $  .<br>The maximum it can ever rise to is $  . |
| Does your loan have a prepayment penalty? | ☒ No. ☐ Yes, your maximum prepayment penalty is $  . |
| Does your loan have a balloon payment? | ☒ No. ☐ Yes, you have a balloon payment of $  due in  years on  . |
| Total monthly amount owed including escrow account payments | ☒ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of $  that results in a total initial monthly amount owed of $  . This includes principal, interest, any mortgage insurance and any items checked below:<br>☐ Property taxes          ☐ Homeowner's insurance<br>☐ Flood insurance          ☐<br>☐                          ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.